**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    **CS Mining, LLC**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☑ Unknown
   EIN _____

5. **Debtor's address**

   **Principal place of business**

   **1208 S 200 W**
   Number    Street

   **Milford**    **UT**    **84751**
   City    State    Zip Code

   **Beaver**
   County

   **Mailing address, if different**

   Number    Street
   **P.O. Box 608**
   P.O. Box

   **Milford**    **UT**    **84751**
   City    State    Zip Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    Zip Code

6. **Debtor's website** (URL)    **www.csmining.com**

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

Official Form 205    Involuntary Petition Against a Non-Individual    page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **CS Mining, LLC**                                                                 Case number *(if known)*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.   Debtor _____   Relationship _____
District _____   Date filed ____/____/_____   Case number, if known _____

Debtor _____   Relationship _____
District _____   Date filed ____/____/_____   Case number, if known _____

### Part 3:  Report About the Case

**10. Venue**   *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **R.J. Bayer Professional Geologist, LC** | **Services provided to CS Mining, LLC** | $ 66,110 |
| **Minerals Advisory Group, LLC** | **Services provided to CS Mining, LLC** | $ 83,312.67 |
| **Rollins Construction & Trucking, LLC** | **Services provided to CS Mining, LLC** | $ 481,210.62 |
| **Rollins Machine, Inc.** | **Services provided to CS Mining, LLC** | $ 48,030.51 |
| **Oxbow Sulphur, Inc.** | **Goods provided to CS Mining, LLC** | $ 1,572,235.13* |
| | Total of petitioners' claims | $ 2,250,898.93 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

\* This amount reflects the minimum amount due and owing to Oxbow Sulphur, Inc ("Oxbow"). Oxbow reserves the right to amend or supplement this amount to include additional damages and other recoverable costs, and to assert any other claims it holds against CS Mining, LLC.

Debtor  **CS Mining, LLC**    Case number *(if known)*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Name: **R.J Bayer Professional Geologist, LC**
Number Street: **8842 Shady Meadow Drive**
City: **Sandy**   State: **UT**   Zip: **84093**

**Name and mailing address of petitioner's representative, if any**
Name: **Robert J. Bayer**
Number Street: **8842 Shady Meadow Drive**
City: **Sandy**   State: **UT**   Zip: **84093**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **06/02/2016**

Signature of petitioner or representative, including representative's title

Printed name: **Martin J. Brill**
Firm name: **Levene, Neale, Bender, Yoo & Brill L.L.P.**
Number Street: **10250 Constellation Blvd., Suite 1700**
City: **Los Angeles**   State: **CA**   Zip: **90067**
Contact phone: **(310) 229-1234**   Email: **MJB@LNBYB.com**
Bar number: **53220**
State: **CA**

Signature of attorney
Date signed: **06/02/2016**

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
Name: **Minerals Advisory Group, LLC**
Number Street: **6914 N. Camino Martin Rd., Suite 120**
City: **Tucson**   State: **AZ**   Zip: **85741**

**Name and mailing address of petitioner's representative, if any**
Name: **Russell D. Alley**
Number Street: **6914 N. Camino Martin Rd., Suite 120**
City: **Tucson**   State: **AZ**   Zip: **85741**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **06/02/2016**

Signature of petitioner or representative, including representative's title

Printed name: **Martin J. Brill**
Firm name: **Levene, Neale, Bender, Yoo & Brill L.L.P.**
Number Street: **10250 Constellation Blvd., Suite 1700**
City: **Los Angeles**   State: **CA**   Zip: **90067**
Contact phone: **(310) 229-1234**   Email: **MJB@LNBYB.com**
Bar number: **53220**
State: **CA**

Signature of attorney
Date signed: **06/02/2016**

Debtor **CS Mining, LLC**      Case number *(if known)*

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Name: **R.J Bayer Professional Geologist, LC**

Number/Street: **8842 Shady Meadow Drive**
City: **Sandy**    State: **UT**    Zip Code: **84093**

**Name and mailing address of petitioner's representative, if any**
Name: **Robert J. Bayer**

Number/Street: **8842 Shady Meadow Drive**
City: **Sandy**    State: **UT**    Zip Code: **84093**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **06/02/2016**

Signature of petitioner or representative, including representative's title

### Attorneys

Printed name: **Martin J. Brill**
Firm name: **Levene, Neale, Bender, Yoo & Brill L.L.P.**
Number/Street: **10250 Constellation Blvd., Suite 1700**
City: **Los Angeles**    State: **CA**    Zip Code: **90067**
Contact phone: **(310) 229-1234**    Email: **MJB@LNBYB.com**
Bar number: **53220**
State: **CA**

Signature of attorney
Date signed: **06/02/2016**

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Name: **Minerals Advisory Group, LLC**

Number/Street: **6914 N. Camino Martin Rd., Suite 120**
City: **Tucson**    State: **AZ**    Zip Code: **85741**

**Name and mailing address of petitioner's representative, if any**
Name: **Russell D. Alley**

Number/Street: **6914 N. Camino Martin Rd., Suite 120**
City: **Tucson**    State: **AZ**    Zip Code: **85741**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **06/02/2016**

*/s/ Russell N. Alley, President*
Signature of petitioner or representative, including representative's title

### Attorneys

Printed name: **Martin J. Brill**
Firm name: **Levene, Neale, Bender, Yoo & Brill L.L.P.**
Number/Street: **10250 Constellation Blvd., Suite 1700**
City: **Los Angeles**    State: **CA**    Zip Code: **90067**
Contact phone: **(310) 229-1234**    Email: **MJB@LNBYB.com**
Bar number: **53220**
State: **CA**

*/s/ Martin J. Brill*
Signature of attorney
Date signed: **06/02/2016**

Official Form 205     Involuntary Petition Against an Individual     page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     __CS Mining, LLC__         Case number *(if known)* _____

**Petitioners or Petitioners' Representative**         **Attorneys**

Name and mailing address of petitioner
**Rollins Construction & Trucking, Inc.**
Name

**P.O. Box 249, 1842 S Hwy 21**
Number    Street
**Milford**         UT      84751
City         State     Zip Code

Name and mailing address of petitioner's representative, if any
**Richard Rollins**
Name

**P.O. Box 249, 1842 S Hwy 21**
Number    Street
**Milford**         UT      84751
City         State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **06/02/2016**
            MM / DD / YYYY

*/s/ Richard W. Rollins*
Signature of petitioner or representative, including representative's title
*member-owner*
Petitioners or Petitioners' Representative

**Martin J. Brill**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name, if any
**10250 Constellation Blvd., Suite 1700**
Number    Street
**Los Angeles**        CA      90067
City         State     Zip Code
Contact phone   **(310) 229-1234**   Email   **MJB@LNBYB.com**

Bar number    **53220**

State        **CA**

*/s/ Martin J. Brill*
Signature of attorney
Date signed    **06/02/2016**
            MM / DD / YYYY

**Attorneys**

Name and mailing address of petitioner
**Rollins Machine, Inc.**
Name

**P.O. Box 249, 1842 S Hwy 21**
Number    Street
**Milford**         UT      84751
City         State     Zip Code

Name and mailing address of petitioner's representative, if any
**Richard Rollins**
Name

**P.O. Box 249, 1842 S Hwy 21**
Number    Street
**Milford**         UT      84751
City         State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **06/02/2016**
            MM / DD / YYYY

*/s/ Richard W. Rollins*
Signature of petitioner or representative, including representative's title
*President - member owner*

**Martin J. Brill**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name, if any
**10250 Constellation Blvd., Suite 1700**
Number    Street
**Los Angeles**        CA      90067
City         State     Zip Code
Contact phone   **(310) 229-1234**   Email   **MJB@LNBYB.com**

Bar number    **53220**

State        **CA**

*/s/ Martin J. Brill*
Signature of attorney
Date signed    **06/02/2016**
            MM / DD / YYYY

Debtor  **CS Mining, LLC**  Case number (if known)

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Oxbow Sulpher, Inc. [Sulphur]
Name

1601 Forum Place, 12th Fl.
Number   Street

West Palm Beach   FL   33401
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**

Pierre E. Azzi
Name

1601 Forum Place, 12th Fl.
Number   Street

West Palm Beach   FL   33401
City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   06/02/2016
   MM / DD / YYYY

/s/ P. Azzi, Legal Counsel
Signature of petitioner or representative, including representative's title

See next page for Local Counsel's contact information and signature

### Attorneys

Martin J. Brill
Printed name

Levene, Neale, Bender, Yoo & Brill L.L.P.
Firm name, if any

10250 Constellation Blvd., Suite 1700
Number   Street

Los Angeles   CA   90067
City   State   Zip Code

Contact phone  (310) 229-1234   Email   MJB@LNBYB.com

Bar number   53220

State   CA

/s/ Martin J. Brill
Signature of attorney
Date signed   06/02/2016
   MM / DD / YYYY

Debtor  CS Mining, LLC                                             Case number *(if known)*

**Local Attorney for Petitioning Creditors**

George Hofmann
Printed name

Cohne Kinghorn, A Professional Corporation
Firm name, if any

111 East Broadway, 11th Floor
Number   Street

Salt Lake City                UT            84111
City                          State         Zip Code

Contact phone   (801) 415-0132    Email  ghofmann@cohnekinghorn.com

Bar number   10005

State   UT

Signature of attorney

Date signed   06/022016
              MM / DD / YYYY

Official Form 205              Involuntary Petition Against an Individual              page 6