| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **CS Mining, LLC**<br>Name | EIN **00–0000000** |
| United States Bankruptcy Court    **District of Utah**<br>Case number:  **16–24818    WTT** | | Date case filed for chapter **11:    6/2/16** |

Official Form 309F (For Corporations or Partnerships) (12/15)
# Notice of Chapter 11 Bankruptcy Case

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | CS Mining, LLC | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | P.O. Box 608<br>Milford, UT 84751 | |
| **4.** | **Debtor's attorney**<br>Name and address | Troy J. Aramburu<br>Snell & Wilmer L.L.P.<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT 84101 | Contact phone  (801) 257–1900<br><br>Email:  taramburu@swlaw.com |
| **5.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM,<br>Monday – Friday<br><br>Contact phone:  (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **6.** | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**September 9, 2016 at 01:30 PM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111** |

Official Form 309F (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page **1**
Date Generated: 8/8/16    For more information, see page 2 >

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:  12/8/16**<br><br>**For a governmental unit:  11/29/16**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>- your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| **9.  Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.  Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.  Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**                                    page **2**

```
                        United States Bankruptcy Court
                               District of Utah
In re:                                                      Case No. 16-24818-WTT
CS Mining, LLC                                              Chapter 11
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1088-2          User: fsl              Page 1 of 4         Date Rcvd: Aug 08, 2016
                              Form ID: 309F          Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db          +CS Mining, LLC,    P.O. Box 608,    Milford, UT 84751-0608
aty         +Adelaide Maudsley,    Kirton McConkie,    50 East South Temple,    Suite 400,
              Salt Lake City, UT 84111-1023
aty         +Andrew C. Lillie,    Hogan Lovells US LLP,    1200 Seventeenth Street,    Suite 1500,
              Denver, CO 80202-5835
aty         +Brian R. Langford,    McArthur Heder Metler,    3319 N. University Avenue,    Provo, UT 84604-4438
aty         +Chris L. Schmutz,    Schmutz & Mohlman,    190 North Main Street,    Suite 100,
              Bountiful, UT 84010-6155
aty          Darwin H. Bingham,    Scalley Reading Bates Hansen & Rasmussen,    Gateway Tower West,
              15 West South Temple, Suite 600,    P.O. Box 11429,    Salt Lake City, UT 84147-0429
aty          David E. Leta,    Snell & Wilmer,    15 West South Temple,    Suite 1200,
              Salt Lake City, UT 84101-1547
aty          David H. Leigh,    Ray Quinney Nebeker P.C.,    36 South State Street,    Suite 1400,
              P.O. Box 45385,    Salt Lake City, UT 84145-0385
aty         +David L. Pinkston,    Snow Christensen & Martineau,    10 Exchange Place,    Eleventh Floor,
              P.O. Box 45000,    Salt Lake City, UT 84145-5000
aty          Donald J. Detweiler,    Pepper Hamilton, LLP,    Hercules Plaza, Suite 5100,
              1313 North Market Street,    P.O. Box 1709,    Wilmington, DE 19899-1709
aty         +Elijah L. Milne,    Durham Jones & Pinegar, P.C.,    192 E. 200 N., 3rd Fl.,
              St. George, UT 84770-2866
aty         +Evan L. James,    Christensen James & Martin,    7440 West Sahara Ave.,
              Las Vegas, NV 89117-2740
aty          Francis J. Lawall,    Pepper Hamilton,    3000 Two Logan Square,    Eighteenth and Arch Streets,
              Philadelphia, PA 19103-2799
aty          Gale K. x6Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
              P.O. Box 140874,    Salt Lake City, UT 84114-0874
aty         +George B. Hofmann,    Cohne Kinghorn PC,    111 East Broadway,    11th Floor,
              Salt Lake City, UT 84111-5225
aty         +Jeff D. Tuttle,    Snell & Wilmer,    15 West South Temple,    Suite 1200,
              Salt Lake City, UT 84101-1547
aty         +Jessica Black Livingston,    Hogan Lovells US LLP,    1200 Seventeenth Street,
              Denver, CO 80202-5835
aty         +John D. Beck,    Hogan Lovells US LLP,    875 Third Avenue,    New York, NY 10022-7222
aty          John H. Schanne, II,    Pepper Hamilton, LLP,    Hercules Plaza, Suite 5100,
              1313 North Market Street,    P.O. Box 1709,    Wilmington, DE 19899-1709
aty         +Kim R. Wilson,    Snow Christensen & Martineau,    10 Exchange Place 11th Floor,    P.O. Box 45000,
              Salt Lake City, UT 84145-5000
aty         +Krikor J. Meshefejian,    Levene, Neale, Bender, Yoo & Brill L.L.P,
              10250 Constellation Boulevard,    Ste 1700,    Los Angeles, CA 90067-6253
aty         +Laura J. Wolff,    Christensen James & Martin,    7440 West Sahara Ave,
              Las Vegas, NV 89117-2740
aty         +Mark W Williams,    Sherman & Howard, L.L.C.,    633 17th Street,    Suite 3000,
              Denver, CO 80202-3622
aty         +Martin J. Brill,    Levene, Neale, Bender, Yoo & Brill L.L.P,    10250 Constellation Blvd.,
              Suite 1700,    Los Angeles, CA 90067-6253
aty          Michael R. Johnson,    Ray Quinney & Nebeker P.C.,    36 South State Street, Suite 1400,
              P.O. Box 45385,    Salt Lake City, UT 84145-0385
aty         +P. Matthew Cox,    Snow Christensen & Martineau,    10 Exchange Place, 11th Floor,
              P.O. Box 45000,    Salt Lake City, UT 84145-5000
aty         +Paul C. Huck, Jr.,    JONES DAY,    600 Brickell Avenue, Suite 3300,    Miami, FL 33131-3072
aty         +Pedro A. Jimenez,    JONES DAY,    600 Brickell Avenue, Suite 3300,    Miami, FL 33131-3072
aty         +Ralph R. Mabey,    Kirton McConkie,    50 East South Temple,    Salt Lake City, UT 84111-1010
aty         +Ronald J. Silverman,    Hogan Lovells US LLP,    875 Third Avenue,    New York, NY 10022-7222
aty         +Sherilyn A. Olsen,    Holland & Hart,    222 S. Main Street,    Suite 2200,
              Salt Lake City, UT 84101-2194
aty         +Timothy D. Ducar,    Law Offices of Timothy D. Ducar, PLC,    8360 E. Raintree Drive,    Suite 140,
              Scottsdale, AZ 85260-2687
aty         +Vivian Ban,    Hogan Lovells US LLP,    875 Third Avenue,    New York, NY 10022-7222
cr          +Agate, Inc.,    Law Offices of Timothy D. Ducar, PLC,    8360 E. Raintree Drive,
              Scottsdale, AZ 85260-2686
cr          +Common Sense Project Solutions, LLC,    c/o Brian Langford,    MacArthur, Heder & Metler,
              3319 N. University Ave.,    Provo, UT 84604-4438
ptcrd       #+Minerals Advisory Group, LLC,    6914 N. Camino Martin Rd.,    Suite 120,    Tucson, AZ 85741-2279
ptcrd       +Oxbow Sulphur, Inc.,    1601 Forum Place, 12th Fl,    West Palm Beach, FL 33401-8101
cr          +Pipe Valve and Fitting Company,    c/o Durham Jones & Pinegar, P.C.,    192 E. 200 N., 3rd Fl.,
              St. George, UT 84770-2866
ptcrd       +R.J. Bayer Professional Geologist, LC,    8842 Shady Meadow Drive,    Sandy, UT 84093-7004
ptcrd       +Rollins Construction & Trucking, LLC,    P.O. Box 249,    1842 S Hwy 21,    Milford, UT 84751-0249
ptcrd       +Rollins Machine, Inc.,    P.O. Box 249,    1842 S Hwy 21,    Milford, UT 84751-0249
10308501    +0554716 B.C. Ltd.,    c/o Christensen James & Martin,    7440 W. Sahara Ave.,
              Las Vegas, NV 89117-2740
10297902    +Adelaide Maudsley,    Kirton McConkie P.C.,    50 E. South Temple, #400,
              Salt Lake City, Utah 84111-1023
```

```
District/off: 1088-2          User: fsl                   Page 2 of 4                 Date Rcvd: Aug 08, 2016
                              Form ID: 309F               Total Noticed: 61


10301155       +Agate, Inc.,    c/o Timothy D. Ducar,    Law Offices of Timothy D. Ducar, PLC,
                 8360 E. Raintree Drive,    Scottsdale, AZ 85260-2686
10285531       +Barney Trucking,    c/o Richer & Associates, P.C.,     901 West Baxter Drive,
                 South Jordan UT 84095-8687
10300386       +Common Sense Project Solutions, LLC,     2241 E. Walling Drive,    Boise, ID 83712-8467
10297911       +Cytec Industries Inc,    5 Garret Mountain Plaza,    Woodland Park NJ 07424-3300
10296004       +David J. Richards, LLC dba Western US Mineral Inve,     c/o Hogan Lovells  US LLP,
                 875 Third Avenue,    New York, NY 10022-6225
10306960       +Jennie L. Anderson,    Union Pacific Railroad Company,     1400 Douglas St., Stop 1580,
                 Omaha, Nebraska 68179-0002
10306959       +Mary Ann Kilgore,    Union Pacific Railroad Company,     1400 Douglas St., Stop 1580,
                 Omaha, Nebraska 68179-0002
10308502       +Merit Consultants International, a Division of Cem,     c/o Christensen James & Martin,
                 7440 W. Sahara Ave.,    Las Vegas, NV 89117-2740
10281270       +Mir Industrial,    1001 West 750 South,    Woods Cross, UT 84087-2083
10308098       +Pipe Valve and Fitting Company,    c/o Durham Jones & Pinegar, P.C.,
                 Attn: Eli Milne & Tim Hemming,    192 E. 200 N., 3rd Fl.,    St. George, UT 84770-2879
10297901       +Ralph R. Mabey,    Kirton McConkie P.C.,    50 E. South Temple, #400,
                 Salt Lake City, Utah 84111-1023
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: mburton@hollandhart.com Aug 09 2016 00:52:41      Mona Lyman Burton,
                 Holland and Hart,    222 S. Main Street,    Suite 2200,   Salt Lake City, UT 84101-2194
aty            +E-mail/Text: som@keslerrust.com Aug 09 2016 00:52:25      Scott O. Mercer,    Kesler & Rust,
                 McIntyre Bldg., 2nd Floor,    68 South Main Street,    Salt Lake City, UT 84101-1502
aty             E-mail/Text: taramburu@swlaw.com Aug 09 2016 00:52:21      Troy J. Aramburu,
                 Snell & Wilmer L.L.P.,    15 West South Temple,    Suite 1200,   Salt Lake City, UT  84101
10266602       +E-mail/Text: mburton@hollandhart.com Aug 09 2016 00:52:41      Brahma Group, Inc.,
                 c/o Holland & Hart LLP,    222 S. Main Street, Suite 2200,    Salt Lake City, UT 84101-2194
10305259       +E-mail/Text: mcardini@he-equipment.com Aug 09 2016 00:52:40       H & E Equipment Services, Inc,
                 7500 Pecue Lane,    Baton Rouge, LA 70809-5107
10293365        EDI: IRS.COM Aug 09 2016 00:43:00      Internal Revenue Service,    ATTEN: Kenny Walker,
                 50 S.  200 East,   M/S 5021,    Salt Lake City, UT 84111
10277528       +EDI: UTAHTAXCOMM.COM Aug 09 2016 00:43:00      Utah State Tax Commission,
                 Attn: Bankruptcy Unit,    210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
op              FTI Consulting, Inc.
cr*            +Mir Industrial,    1001 West 750 South,    Woods Cross, UT 84087-2083
cr*             Utah State Tax Commission,    Attn Bankruptcy Unit,    210 North 1950 West,
                 Salt Lake City, UT  84134-9000
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              Adelaide   Maudsley     on behalf of Creditor    PacNet Capital (US) Limited amaudsley@kmclaw.com,
               mwinters@kmclaw.com
              Adelaide   Maudsley     on behalf of Plaintiff   Waterloo Street Limited amaudsley@kmclaw.com,
               mwinters@kmclaw.com
              Adelaide   Maudsley     on behalf of Plaintiff   PacNet Capital (US) Limited amaudsley@kmclaw.com,
               mwinters@kmclaw.com
              Adelaide   Maudsley     on behalf of Creditor    DXS Capital (US) Limited amaudsley@kmclaw.com,
               mwinters@kmclaw.com
```

```
District/off: 1088-2              User: fsl                     Page 3 of 4                   Date Rcvd: Aug 08, 2016
                                  Form ID: 309F                 Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Andrew C. Lillie    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral
       Investors andrew.lillie@hoganlovells.com
      Brian R. Langford    on behalf of Creditor    Common Sense Project Solutions, LLC
       brian@mhmlawoffices.com,    brian@mhmlawoffice.com
      Chris L. Schmutz    on behalf of Creditor    Mir Industrial chrisschmutz.pc@gmail.com,
       hillaryschmutz@yahoo.com
      Darwin H. Bingham    on behalf of Creditor    Ferguson Enterprises, Inc.
       dbingham@scalleyreading.net,    cat@scalleyreading.net
      David E. Leta    on behalf of Debtor    CS Mining, LLC dleta@swlaw.com,
       wkalawaia@swlaw.com;csmart@swlaw.com
      David E. Leta    on behalf of Defendant    CS Mining, LLC dleta@swlaw.com,
       wkalawaia@swlaw.com;csmart@swlaw.com
      David H. Leigh    on behalf of Creditor    Komatsu Financial Limited Partnership dleigh@rqn.com,
       dburton@rqn.com;docket@rqn.com
      David L. Pinkston    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral
       Investors bankruptcy_dlp@scmlaw.com
      Elijah L. Milne    on behalf of Creditor    Pipe Valve and Fitting Company emilne@djplaw.com,
       pbricker@djplaw.com
      Evan L. James    on behalf of Creditor    Merit Consultants International Division of Cementation
       Canada Inc. elj@cjmlv.com,    kbc@cjmlv.com;ljw@cjmlv.com
      Evan L. James    on behalf of Creditor    0554716 B.C. Ltd. elj@cjmlv.com,
       kbc@cjmlv.com;ljw@cjmlv.com
      Gale K. x6Francis    on behalf of Creditor    Utah State Tax Commission txbk13@utah.gov
      George B. Hofmann    on behalf of Petitioning Creditor    R.J. Bayer Professional Geologist, LC
       ghofmann@cohnekinghorn.com,    dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
      George B. Hofmann    on behalf of Petitioning Creditor    Rollins Machine, Inc.
       ghofmann@cohnekinghorn.com,    dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
      George B. Hofmann    on behalf of Petitioning Creditor    Rollins Construction & Trucking, LLC
       ghofmann@cohnekinghorn.com,    dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
      George B. Hofmann    on behalf of Petitioning Creditor    Oxbow Sulphur, Inc.
       ghofmann@cohnekinghorn.com,    dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
      George B. Hofmann    on behalf of Petitioning Creditor    Minerals Advisory Group, LLC
       ghofmann@cohnekinghorn.com,    dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
      George W. Pratt    on behalf of Attorney Rene S. Roupinian gpratt@joneswaldo.com
      George W. Pratt    on behalf of Attorney Jack A. Raisner gpratt@joneswaldo.com
      George W. Pratt    on behalf of Plaintiff Matthew   Chenault gpratt@joneswaldo.com
      Jeff D. Tuttle    on behalf of Defendant    CS Mining, LLC jtuttle@swlaw.com,
       jpollard@swlaw.com;docket_slc@swlaw.com
      Jeff D. Tuttle    on behalf of Debtor    CS Mining, LLC jtuttle@swlaw.com,
       jpollard@swlaw.com;docket_slc@swlaw.com
      Jessica Black Livingston    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral
       Investors jessica.livingston@hoganlovells.com
      Jessica P Wilde    on behalf of Plaintiff Matthew   Chenault jwilde@joneswaldo.com
      John D. Beck    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral Investors
       john.beck@hoganlovells.com
      John H. Schanne, II    on behalf of Debtor    CS Mining, LLC schannej@pepperlaw.com,
       henrys@pepperlaw.com
      Joseph M.R. Covey    on behalf of Plaintiff    Clarity Copper, LLC calendar@parrbrown.com
      Kim R. Wilson    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral Investors
       bankruptcy_krw@scmlaw.com
      Krikor J. Meshefejian    on behalf of Petitioning Creditor    Rollins Machine, Inc. kjm@lnbyb.com
      Krikor J. Meshefejian    on behalf of Petitioning Creditor    R.J. Bayer Professional Geologist, LC
       kjm@lnbyb.com
      Krikor J. Meshefejian    on behalf of Petitioning Creditor    Rollins Construction & Trucking, LLC
       kjm@lnbyb.com
      Krikor J. Meshefejian    on behalf of Petitioning Creditor    Minerals Advisory Group, LLC
       kjm@lnbyb.com
      Krikor J. Meshefejian    on behalf of Petitioning Creditor    Oxbow Sulphur, Inc. kjm@lnbyb.com
      Laura J. Wolff    on behalf of Creditor    0554716 B.C. Ltd. ljw@cjmlv.com
      Laura J. Wolff    on behalf of Creditor    Merit Consultants International Division of Cementation
       Canada Inc. ljw@cjmlv.com
      Laurie A. Cayton tr    on behalf of U.S. Trustee    United States Trustee laurie.cayton@usdoj.gov,
       James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
      Mark W Williams    on behalf of Creditor    Schmueser & Associates, Inc mwilliams@shermanhoward.com,
       dfouts@shermanhoward.com;efiling@sah.com;bmcalister@shermanhoward.com
      Martin J. Brill    on behalf of Petitioning Creditor    Oxbow Sulphur, Inc. mjb@lnbyb.com
      Martin J. Brill    on behalf of Petitioning Creditor    Minerals Advisory Group, LLC mjb@lnbyb.com
      Martin J. Brill    on behalf of Petitioning Creditor    R.J. Bayer Professional Geologist, LC
       mjb@lnbyb.com
      Martin J. Brill    on behalf of Petitioning Creditor    Rollins Machine, Inc. mjb@lnbyb.com
      Martin J. Brill    on behalf of Petitioning Creditor    Rollins Construction & Trucking, LLC
       mjb@lnbyb.com
      Michael R. Johnson    on behalf of Creditor    Komatsu Financial Limited Partnership
       mjohnson@rqn.com,    docket@rqn.com;dburton@rqn.com
      Mona Lyman Burton    on behalf of Creditor    Brahma Group, Inc. mburton@hollandhart.com,
       ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com

```
District/off: 1088-2          User: fsl              Page 4 of 4                  Date Rcvd: Aug 08, 2016
                              Form ID: 309F          Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Mona Lyman Burton    on behalf of Petitioning Creditor    Brahma Group, Inc.
               mburton@hollandhart.com,
               ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
              P. Matthew Cox    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral Investors
               bankruptcy_pmc@scmlaw.com
              Paul C. Huck, Jr.    on behalf of Creditor    PacNet Capital (US) Limited paulhuck@jonesday.com
              Paul C. Huck, Jr.    on behalf of Creditor    DXS Capital (US) Limited paulhuck@jonesday.com
              Pedro A. Jimenez    on behalf of Creditor    DXS Capital (US) Limited pjimenez@jonesday.com
              Pedro A. Jimenez    on behalf of Creditor    PacNet Capital (US) Limited pjimenez@jonesday.com
              Ralph R. Mabey    on behalf of Defendant    DXS Capital (US) Limited rmabey@kmclaw.com
              Ralph R. Mabey    on behalf of Creditor    DXS Capital (US) Limited rmabey@kmclaw.com
              Ralph R. Mabey    on behalf of Creditor    PacNet Capital (US) Limited rmabey@kmclaw.com
              Ralph R. Mabey    on behalf of Defendant    PacNet Capital (US) Limited rmabey@kmclaw.com
              Ronald J. Silverman    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral
               Investors ronald.silverman@hoganlovells.com
              Sherilyn A. Olsen    on behalf of Creditor    Brahma Group, Inc. solsen@hollandhart.com,
               slclitdocket@hollandhart.com;intaketeam@hollandhart.com;ckelly@hollandhart.com;cfries@hollandhart
               .com
              Timothy D. Ducar    on behalf of Creditor    Agate, Inc. tducar@azlawyers.com
              Troy J. Aramburu    on behalf of Debtor    CS Mining, LLC taramburu@swlaw.com,
               nharward@swlaw.com;docket_slc@swlaw.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
              Vivian Ban    on behalf of Creditor    David J. Richards, LLC dba Western US Mineral Investors
               vivian.ban@hoganlovells.com
                                                                                             TOTAL: 64