**This order is SIGNED.**

**Dated: July 28, 2017**



_____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



_uae_

*Proposed Order Prepared and Submitted By*:
Ralph R. Mabey (#2036)
Adelaide Maudsley (#8791)
**KIRTON McCONKIE P.C.**
50 East South Temple, Suite 400
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013
Email: rmabey@kmclaw.com
        amaudsley@kmclaw.com

Pedro A. Jimenez (admitted *pro hac vice*)
Robert W. Hamilton (admitted *pro hac vice*)
Paul Huck, Jr. (admitted *pro hac vice*)
Cristina Pérez Soto (admitted *pro hac vice*)
**JONES DAY**
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL 33131
Telephone: 305-714-9700
Facsimile: 305-714-9799
Email: pjimenez@jonesday.com
        rwhamilton@jonesday.com
        paulhuck@jonesday.com
        cperezsoto@jonesday.com

*Counsel for Tamra Mining Company, Waterloo Street Limited, PacNet Capital (U.S.) Limited and DXS Capital (U.S.) Limited*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re CS MINING, LLC, <br><br> Debtor. | Bankruptcy Case No. 16-24818 <br><br> Chapter 11 <br><br> Judge William T. Thurman |

**ORDER DENYING MOTION PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019
TO APPROVE SETTLEMENT BY AND BETWEEN CS MINING, LLC AND
<u>DAVID J. RICHARDS, LLC DBA WESTERN US MINERAL INVESTORS, LLC</u>**

4829-8310-5612.v2

The "Motion Pursuant To Federal Rule of Bankruptcy Procedure 9019 to Approve Settlement Agreement by and between CS Mining, LLC and David J. Richards, LLC dba Western US Mineral Investors, LLC" (Docket No. 664) (the "WUMI Settlement Motion") having come before the Court for evidentiary hearing on July 21, 2017 (the "Hearing"); and at the Hearing, Donald J. Detweiler, Francis J. Lawall, Joanna J. Cline, Jeff Tuttle, and Troy Aramburu having appeared on behalf of the Debtor; Ralph R. Mabey, Adelaide Maudsley, Pedro A. Jimenez, Robert W. Hamilton, and Cristina Pérez Soto having appeared on behalf of Waterloo Street Limited, Tamra Mining Company, LLC, PacNet Capital (U.S.) Limited, and DXS Capital (U.S.) Limited; Martin J. Brill and Philip A. Gasteier (telephonically) having appeared on behalf of the Unsecured Creditors' Committee; David L. Pinkston and P. Matthew Cox having appeared on behalf of David J. Richards, LLC d/b/a Western US Mineral Investors, LLC; James W. Anderson and Walter A. Romney, Jr. having appeared on behalf of Noble Americas Corp.; Mona L. Burton appeared on behalf of Brahma Group, Inc.; David H. Leigh having appeared on behalf of Caterpillar Financial Services Corporation and Komatsu Financial Limited Partnership; Kenneth L. Cannon having appeared on behalf of Wellington Financing Partners, LLC, St. Cloud Capital Partners II, Broadbill Partners, L.P., and Oxbow Carbon LLC; Steve Alder having appeared on behalf of the State of Utah Division of Oil, Gas and Mining; Vincent Cameron having appeared on behalf of the Office of the United States Trustee; and any other appearances or telephonic participants having been noted on the record; and the Court having taken the matter under advisement and having issued its "Memorandum Decision Denying Motion to Approve

2

Settlement" (Docket No. 793) (the "<u>Decision</u>") on July 27, 2017; and incorporating herein by reference the findings of fact and conclusions of law set forth in the Decision; and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The WUMI Settlement Motion is DENIED.

--------------------------------------------------------------------------------------------------------------

END OF ORDER

4829-8310-5612.v2

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be made to the following parties in the manner designated below:

## BY CM/ECF ELECTRONIC SERVICE:

The undersigned certifies that the parties of record in this case are identified below, are registered users of CM/ECF system, and are to receive notice of the foregoing order through the CM/ECF system.

- James W. Anderson    jwa@clydesnow.com, jritchie@clydesnow.com
- Troy J. Aramburu    taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Stephen T. Bobo    sbobo@reedsmith.com
- Kyle A. Brannon    kbrannon@nexsenpruet.com
- Scott S Bridge    sbridge@keslerrust.com
- Martin J. Brill    mjb@lnbyb.com
- Mona Lyman Burton    mburton@hollandhart.com, intaketeam@hollandhart.com;slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- Keith A. Call    kcall@scmlaw.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Patricia W. Christensen    pchristensen@parrbrown.com
- Christopher B. Chuff    chuffc@pepperlaw.com
- Joanna J. Cline    clinej@pepperlaw.com
- Joseph M.R. Covey    calendar@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- Robert T. Denny    rtd@scmlaw.com, ajm@scmlaw.com
- Timothy D. Ducar    tducar@azlawyers.com, orders@azlawyers.com
- Victoria B. Finlinson    vbf@clydesnow.com
- Philip A. Gasteier    pag@lnbyb.com
- Christopher Grivakes    cg@agzlaw.com
- Robert W. Hamilton    rwhamilton@jonesday.com
- M. Darin Hammond    dhammond@smithknowles.com, astevenson@smithknowles.com
- George B. Hofmann    ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Paul C. Huck    paulhuck@jonesday.com

4

- David W. Hunter    davidh@fisherhunterlaw.com
- Evan L. James    elj@cjmlv.com, kbc@cjmlv.com;ljw@cjmlv.com
- Pedro A. Jimenez    pjimenez@jonesday.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- David E. Leta    dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- Andrew C. Lillie    andrew.lillie@hoganlovells.com
- Jessica Black Livingston    jessica.livingston@hoganlovells.com
- Ralph R. Mabey    rmabey@kmclaw.com
- Adelaide Maudsley    amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- Scott O. Mercer    som@keslerrust.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Elijah L. Milne    emilne@djplaw.com, pbricker@djplaw.com
- Matt Munson    matt@mamunsonlaw.com, chris@mamunsonlaw.com
- Sherilyn A. Olsen    solsen@hollandhart.com, slclitdocket@hollandhart.com;intaketeam@hollandhart.com;cfries@hollandhart.com
- Ellen E Ostrow    eeostrow@hollandhart.com, mkthurgood@hollandhart.com;intaketeam@hollandhart.com
- A.M. Cristina Perez Soto    cperezsoto@jonesday.com
- Lester A. Perry    lap@hooleking.com, apb@hooleking.com
- David L. Pinkston    bankruptcy_dlp@scmlaw.com
- George W. Pratt    gpratt@joneswaldo.com
- Adam H Reiser    areiser@cohnekinghorn.com
- Walter A Romney    war@clydesnow.com
- John H. Schanne    schannej@pepperlaw.com, henrys@pepperlaw.com;molitorm@pepperlaw.com
- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com
- Jeremy C. Sink    jsink@mbt-law.com
- Stephen Styler    steve@stylerdaniels.com
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- Jeff D. Tuttle    jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Jessica P Wilde    jwilde@joneswaldo.com
- Mark W Williams    mwilliams@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;bmcalister@shermanhoward.com

5

4829-8310-5612.v2

- Kim R. Wilson    bankruptcy_krw@scmlaw.com
- Laura J. Wolff    ljw@cjmlv.com
- Lee E. Woodard    lwoodard@harrisbeach.com
- Beth Ann R. Young    bry@Lnbyb.com
- P. Matthew x2Cox    bankruptcy_pmc@scmlaw.com
- Gale K. x6Francis    txbk13@utah.gov

### BY US MAIL:

The undersigned further certifies the following are to receive a copy of the foregoing Order by first class US Mail, postage prepaid.

>Donald J. Detweiler
>Pepper Hamilton, LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street, P.O. Box 1709
>Wilmington, DE 19899-1709
>
>Epiq Bankruptcy Solutions, LLC
>777 Third Ave, 12th Floor
>New York, NY 10017
>
>FTI Consulting, Inc.
>1001 17th St. #1100
>Attn: David Beckman
>Denver, CO 80202
>
>Francis J. Lawall
>Pepper Hamilton
>3000 Two Logan Square, Eighteenth and Arch Streets
>Philadelphia, PA 19103-2799

           Levene, Neale, Bender, Yoo & Brill L.L.P.
           10250 Constellation Blvd.
           Suite 1700
           Los Angeles, CA 90067


           _____/s/ Adelaide Maudsley_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2017, the foregoing document was filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system and was electronically served by CM/ECF to each of the following counsel of record:

- James W. Anderson    jwa@clydesnow.com, jritchie@clydesnow.com
- Troy J. Aramburu    taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Stephen T. Bobo    sbobo@reedsmith.com
- Kyle A. Brannon    kbrannon@nexsenpruet.com
- Scott S Bridge    sbridge@keslerrust.com
- Martin J. Brill    mjb@lnbyb.com
- Mona Lyman Burton    mburton@hollandhart.com, intaketeam@hollandhart.com;slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- Keith A. Call    kcall@scmlaw.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Patricia W. Christensen    pchristensen@parrbrown.com
- Christopher B. Chuff    chuffc@pepperlaw.com
- Joanna J. Cline    clinej@pepperlaw.com
- Joseph M.R. Covey    calendar@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- Robert T. Denny    rtd@scmlaw.com, ajm@scmlaw.com
- Timothy D. Ducar    tducar@azlawyers.com, orders@azlawyers.com
- Victoria B. Finlinson    vbf@clydesnow.com
- Philip A. Gasteier    pag@lnbyb.com
- Christopher Grivakes    cg@agzlaw.com
- Robert W. Hamilton    rwhamilton@jonesday.com
- M. Darin Hammond    dhammond@smithknowles.com, astevenson@smithknowles.com
- George B. Hofmann    ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Paul C. Huck    paulhuck@jonesday.com
- David W. Hunter    davidh@fisherhunterlaw.com
- Evan L. James    elj@cjmlv.com, kbc@cjmlv.com;ljw@cjmlv.com

- Pedro A. Jimenez    pjimenez@jonesday.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- David E. Leta    dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- Andrew C. Lillie    andrew.lillie@hoganlovells.com
- Jessica Black Livingston    jessica.livingston@hoganlovells.com
- Ralph R. Mabey    rmabey@kmclaw.com
- Adelaide Maudsley    amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Steven J. McCardell    smccardell@djplaw.com, khughes@djplaw.com
- Scott O. Mercer    som@keslerrust.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Elijah L. Milne    emilne@djplaw.com, pbricker@djplaw.com
- Matt Munson    matt@mamunsonlaw.com, chris@mamunsonlaw.com
- Sherilyn A. Olsen    solsen@hollandhart.com, slclitdocket@hollandhart.com;intaketeam@hollandhart.com;cfries@hollandhart.com
- Ellen E Ostrow    eeostrow@hollandhart.com, mkthurgood@hollandhart.com;intaketeam@hollandhart.com
- A.M. Cristina Perez Soto    cperezsoto@jonesday.com
- Lester A. Perry    lap@hooleking.com, apb@hooleking.com
- David L. Pinkston    bankruptcy_dlp@scmlaw.com
- George W. Pratt    gpratt@joneswaldo.com
- Adam H Reiser    areiser@cohnekinghorn.com
- Walter A Romney    war@clydesnow.com
- John H. Schanne    schannej@pepperlaw.com, henrys@pepperlaw.com;molitorm@pepperlaw.com
- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com
- Jeremy C. Sink    jsink@mbt-law.com
- Stephen Styler    steve@stylerdaniels.com
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- Jeff D. Tuttle    jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Jessica P Wilde    jwilde@joneswaldo.com
- Mark W Williams    mwilliams@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;bmcalister@shermanhoward.com
- Kim R. Wilson    bankruptcy_krw@scmlaw.com
- Laura J. Wolff    ljw@cjmlv.com

4829-8310-5612.v2

- Lee E. Woodard    lwoodard@harrisbeach.com
- Beth Ann R. Young    bry@Lnbyb.com
- P. Matthew x2Cox    bankruptcy_pmc@scmlaw.com
- Gale K. x6Francis    txbk13@utah.gov

And by first class US Mail, postage prepaid, on July 28, 2017, to the following parties:

> Donald J. Detweiler
> Pepper Hamilton, LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street, P.O. Box 1709
> Wilmington, DE 19899-1709
>
> Epiq Bankruptcy Solutions, LLC
> 777 Third Ave, 12th Floor
> New York, NY 10017
>
> FTI Consulting, Inc.
> 1001 17th St. #1100
> Attn: David Beckman
> Denver, CO 80202
>
> Francis J. Lawall
> Pepper Hamilton
> 3000 Two Logan Square, Eighteenth and Arch Streets
> Philadelphia, PA 19103-2799
>
> Levene, Neale, Bender, Yoo & Brill L.L.P.
> 10250 Constellation Blvd.
> Suite 1700
> Los Angeles, CA 90067

*/s/ Torri Slaughter, Legal Assistant*