Christopher Grivakes, Cal. Bar No. 127994
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-8700
Email: cg@agzlaw.com
*Admitted pro hac vice*

M. Darin Hammond, Bar No. 6741
SMITH KNOWLES, P.C.
2225 Washington Blvd., Suite 200
Ogden, UT  84401
Telephone:  (801) 476-0303
Email: dhammond@smithknowles.com

*Counsel for David J. Richards, Clinton W. Walker and David D. McMullin*
*Clarity Copper, LLC and Skye Mineral Investors, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| In Re: **CS MINING, LLC**, | Case No. 16-24818-WTT |
| Debtor. | |

### SECOND NOTICE OF ERRATA TO SKYE MINERAL INVESTORS, LLC
### AND DAVID J. RICHARDS' OBJECTION TO ASSET SALE

David J. Richards ("Richards") and Skye Mineral Investors, LLC ("SMI") hereby submit this notice of errata and Supplemental Declaration of David J. Richards in support of their objection to the proposed sale of substantially all assets of CS Mining.  (Doc. No. 868).

Date:  August 16, 2017                         AFFELD GRIVAKES LLP

                                                                s/  Christopher Grivakes
                                                                Christopher Grivakes
                                                                *Admitted pro hac vice*

- and -

M. Darin Hammond—Bar No. 6741
SMITH KNOWLES, P.C.
2225 Washington Blvd., Suite 200
Ogden, Utah 84401
Telephone:    (801) 476-0303
Facsimile:    (801) 476-0399

Counsel for David J. Richards, Clinton W. Walker, David D. McMullin, Clarity Copper, LLC and Skye Mineral Investors, LLC

2

## SUPPLEMENTAL DECLARATION OF DAVID J. RICHARDS

I, David J. Richards, declare and state as follows:

1. I am a member of the boards of managers of CS Mining LLC and Skye Mineral Partners, LLC, and have personal knowledge of the facts herein.

2. Paragraph 18 to my previous declaration objecting to the proposed section 363 sale states that I proposed a resolution to the respective boards on August 14, 2017. This is an error. I proposed that resolution on July 20, 2017, and it was passed on July 20, 2017 by both boards.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of August 2017 at Columbus, Ohio.

_David J. Richards_
David J. Richards