FILED
2017 SEP 15 AM 10:42
CLERK
U.S. DISTRICT COURT

DAVID L. PINKSTON (#6630)
KEITH A. CALL (#6708)
P. MATTHEW COX (#9879)
ROBERT T. DENNY (#13687)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Fax: (801) 363-0400
dlp@scmlaw.com
kac@scmlaw.com
pmc@scmlaw.com
rtd@scmlaw.com

*Counsel for David J. Richards, LLC d/b/a Western US Mineral Investors, LLC*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>CS MINING, LLC,<br><br>Debtor, | District Court No. 2:17-cv-914-BSJ<br><br>**ORDER DISMISSING APPEAL WITH PREJUDICE** |
| DAVID J. RICHARDS, LLC D/B/A WESTERN US MINERAL INVESTORS, LLC,<br><br>Appellant,<br>v.<br>WATERLOO STREET LIMITED, *et al.*,<br><br>Appellees. | Bankruptcy No. 16-24818<br><br>[FILED ELECTRONICALLY] |

The Parties' "Stipulated Motion to Dismiss Appeal with Prejudice," having been filed herein, and the Court being fully advised in the premises and good cause appearing therefor, it is

hereby

ORDERED, ADJUDGED and DECREED that:

1. The Stipulated Motion is GRANTED; and

2. This appeal is DISMISSED WITH PREJUDICE.

DATED this 15th day of September, 2017.

BY THE COURT:

JUDGE BRUCE S. JENKINS
District Court Judge

**APPROVED AS TO FORM AND CONTENT:**

KIRTON MCCONKIE

/s/ Adelaide Maudsley (with permission)
Ralph R. Mabey
Adelaide Maudsley
*Attorneys for Waterloo Street Limited; Tamra Mining Company, LLC; PacNet Capital (U.S.) Limited; and DXS Capital (U.S.) Limited*

SNELL & WILMER L.L.P.

/s/ David Leta (with permission)
David Leta
Troy Aramburu
Jeff Tuttle
*Attorneys for Debtor, CS Mining, LLC*

CLYDE SNOW

/s/ James W. Anderson (with permission)
James W. Anderson
*Attorneys for Noble Americas Corp.*

4816-0196-5135, v. 1

2