Kenneth L. Cannon II, Utah Bar No. 3705
kcannon@djplaw.com
Penrod W. Keith, Utah Bar No. 4860
pkeith@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000
Facsimile:  (801) 415-3500

Attorneys for Empire Advisors, LLC and Clarity Management, LP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankruptcy Case No. 16-24818 |
|---|---|
| CS MINING, LLC, | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

**DECLARATION OF DAVID J. RICHARDS IN SUPPORT OF MOTION FOR TEMPORARY ALLOWANCE OF CLAIM NOS. 20011 (CLARITY MANAGEMENT, LP) AND 20015 (EMPIRE ADVISORS, LLC) FOR VOTING PURPOSES**

The undersigned, David J. Richards, hereby declares as follows.

1. I served as a member of the board of management (the "Board") for CS Mining, LLC (the "Debtor") from November 2011 through September 2017, when I resigned.  As such I am familiar with financial documents circulated by the Debtor's management and reviewed by members of the Board.  I am also President and Management Member of Empire Advisors, LLC ("Empire Advisors").

2. I file this declaration in support of the Motion for Temporary Allowance of Claim Nos. 20011 (Clarity Management), LP) and 20015 (Empire Advisors, LLC) for Voting Purposes. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I signed and had filed claim no. 20015 on behalf of Empire Advisors on February 16, 2017, in the amount of $683,333.33 (the "Empire Advisors Claim"). A true and correct copy of attachment supporting the amount of the Empire Advisors Claim is attached hereto as Exhibit A.

4. I have reviewed documents attached as exhibits to the motion of Clarity Management and Empire Advisors for temporary allowance of their claims for voting purposes. The directors fees or "management fees" budgeted and accounted for in those exhibits include the amounts claimed by Empire Advisors.

5. Based on the historical trial balances of the Debtor and various discussions I have had with Management of the Debtor, the Debtor continued to record this expense and account for Board fees, including ones owed to Empire Advisors up through at least June 2, 2016, the date when the involuntary petition was filed in the Debtor's chapter 11 case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct

Executed this 20th day of March, 2018.

    /s/ David J. Richards
David J. Richards

**CERTIFICATE OF SERVICE- BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on March 22, 2018, I electronically filed the foregoing DECLARATION OF DAVID J. RICHARDS IN SUPPORT OF MOTION FOR TEMPORARY ALLOWANCE OF CLAIM NOS. 20011 (CLARITY MANAGEMENT, LP) AND 20015 (EMPIRE ADVISORS, LLC) FOR VOTING PURPOSES with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- James W. Anderson jwa@clydesnow.com,jritchie@clydesnow.com
- Troy J. Aramburu taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
- Stephen T. Bobo sbobo@reedsmith.com
- Kyle A. Brannon kbrannon@nexsenpruet.com
- Scott S Bridge sbridge@keslerrust.com
- Martin J. Brill mjb@lnbyb.com
- Mona Lyman Burton mburton@hollandhart.com, intaketeam@hollandhart.com;slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- Keith A. Call kcall@scmlaw.com
- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Patricia W. Christensen pchristensen@parrbrown.com
- Christopher B. Chuff chuffc@pepperlaw.com
- Joanna J. Cline clinej@pepperlaw.com
- Joseph M.R. Covey calendar@parrbrown.com
- P. Matthew Cox bankruptcy pmc@scmlaw.com
- Robert T. Denny t1d@scmlaw.com, ajm@scmlaw.com
- Timothy D. Ducar tducar@azlawyers.com, orders@azlawyers.com
- Victoria B. Finlinson vbf@clydesnow.com
- Philip A. Gasteier pag@lnbyb.com
- Christopher Grivakes cg@agzlaw.com
- Robert W. Hamilton rwhamilton@jonesday.com
- M. Darin Hammond dhammond@smithknowles.com, astevenson@smithknowles.com
- George B. Hofmann ghofmann@cohnekinghorn.com, haney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Paul C. Huck paulhuck@jonesday.com
- David W. Hunter davidh@fisherhunterlaw.com
- Evan L. James elj@cjmlv.com, kbc@cjmlv.com;ljw@cjmlv.com
- Pedro A. Jimenez pjimenez@jonesday.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov,
- James. Gee@usdoj.gov;Lindsey .Huston@usdoj.gov;Suzanne. Verhaal@usdoj.gov

3

- Brian R. Langford brian@mhmlawoffices.com, brian@mhmlawoffice.com
- David H. Leigh dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- David E. Leta dleta@swlaw.com, wkalawaia@swlaw.com;csmai1@swlaw.com
- Andrew C. Lillie andrew.lillie@hoganlovells.com
- Jessica Black Livingston jessica.livingston@hoganlovells.com
- Ralph R. Mabey rmabey@kmclaw.com
- Adelaide Maudsley amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Steven J. McCardell smccardell@djplaw.com, khughes@djplaw.com
- Scott 0. Mercer som@keslerrust.com
- Krikor J. Meshefejian kjm@lnbyb.com
- Elijah L. Milne emilne@djplaw.com, pbricker@djplaw.com
- Matt Munson matt@mamunsonlaw.com, chris@mamunsonlaw.com
- Sherilyn A. Olsen solsen@hollandhart.com, slclitdocket@hollandhart.com;intaketeam@hollandhart.com;cfries@hollandhart.com
- Ellen E Ostrow eeostrow@hollandhart.com, mkthurgood@hollandhart.com;intaketeam@hollandhart.com
- A.M. Cristina Perez Soto cperezsoto@jonesday.com
- Lester A. Perry lap@hooleking.com, apb@hooleking.com
- David L. Pinkston bankruptcy_ dlp@scmlaw.com
- George W. Pratt gpratt@joneswaldo.com
- Adam H Reiser areiser@cohnekinghom.com
- Walter A Romney war@clydesnow.com
- John H. Schanne schannej@pepperlaw.com, hemys@pepperlaw.com;molitorm@pepperlaw.com
- Chris L. Schmutz chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com
- Jeremy C. Sink jsink@mbt-law.com
- Stephen Styler steve@stylerdaniels.com
- Richard C. Terry richard@tjblawyers.com, cbcecf@yahoo.com
- Jeff D. Tuttle jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Jessica P Wilde jwilde@joneswaldo.com
- Mark W Williams mwilliams@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;bmcalister@shermanhoward.com
- Kim R. Wilson bankruptcy_ krw@scmlaw.com
- Laura J. Wolff ljw@cjmlv.com
- Lee E. Woodard lwoodard@harrisbeach.com
- Beth Ann R. Young bry@Lnbyb.com
- P. Matthew Cox bankruptcy_pmc@scmlaw.com
- Gale K. Francis txbk13@utah.gov

          */s/ Kristin Hughes*

# EXHIBIT A

**Accrued Management Fees**

|      |    |     | Empire     |
|------|----|-----|------------|
| 2013 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2014 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2015 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2016 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    |     | 683,333.33 |