Kenneth L. Cannon II, Utah Bar No. 3705
kcannon@djplaw.com
Penrod W. Keith, Utah Bar No. 4860
pkeith@djplaw.com
DURHAM JONES & PINEGAR, P.C.
111 South Main Street, Suite 2400
P O Box 4050
Salt Lake City, UT   84110-4050
Telephone:  (801) 415-3000
Facsimile:  (801) 415-3500

Attorneys for Empire Advisors, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 16-24818 |
|---|---|
| CS MINING, LLC, | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

## DECLARATION OF DAVID J. RICHARDS IN SUPPORT OF EMPIRE ADVISORS, LLC'S OPPOSITION, AS TO CLAIM NO. 20015, TO DEBTOR'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (A) OVERSTATED, (B) MISCLASSIFIED, (C) MISCLASSIFIED AND OVERSTATED, AND (D) NO LIABILITY CLAIMS

The undersigned, David J. Richards, hereby declares as follows.

1.      I am President and Management Member of Empire Advisors, LLC ("Empire
Advisors").

2.      I served as a member of the board of management (the "Board") for CS Mining,
LLC (the "Debtor") from November 2011 through September 2017, when I resigned.  As such, I
am familiar with financial documents circulated by the Debtor's management and reviewed by
members of the Board.

3.      I file this declaration in support of Empire Advisors' Opposition to the Second

Omnibus (Substantive) Objection to Certain (A) Overstated, (B) Misclassified, (C) Misclassified

and Overstated, and (D) No Liability Claims filed March 15, 2018, dkt. no. 1235 (the

"Substantive Claim Objection") filed by the Debtor, as to Claim No. 20015.  If called upon to

testify, I would testify competently to the facts set forth in this Declaration.

4.      I signed and had filed claim no. 20015 on behalf of Empire Advisors on

February 16, 2017, at 1:22 p.m. in the amount of $683,333.33 (the "Empire Advisors Claim").

5.      As President and Management Member of Empire Advisors, I am familiar with

the letter agreement dated October 31, 2011 (the "Letter Agreement") entered into by the Debtor,

Empire Advisors, and Clarity Management, LP ("Clarity Management").  A true and correct

copy of the Letter Agreement is attached hereto as Exhibit 1.  The Letter Agreement provides for

certain payments by the Debtor to Empire Advisors for services under the Letter Agreement,

including service on the Board by a person designated by Empire Advisors.  The Letter

Agreement also provides for certain payments by the Debtor to Clarity Management, LP.  After

DXS Capital (U.S.) Limited ("DXS") invested in Skye Mineral Partners, LLC, it also entered

into a letter agreement with the Debtor dated November 11, 2011, for payment of a management

fee (the "DXS Letter Agreement").  Amounts recorded as expenses and accrued by the Debtor on

its books and records included management fees for Empire Advisors and/or an assign.  These

management fees were universally understood to be for directors' fees for Board members

designated by the investors.  The Letter Agreement was discussed in Board meetings on multiple

occasions and all major investors had a complete understanding that these directors' fees were

continuing to be accrued on the financial statements of the company

2

6.      I was the person designated by Empire Advisors to serve on the Debtor's Board.  I served in that capacity from 2011 through September 2017, when I resigned.  I attended Board meetings, both in person and by telephone, and otherwise actively participated as a Board member to make the Debtor successful in its business, by pursuing financing opportunities, addressing business issues, and resolving legal issues.  The quarterly fees were paid in cash from when the assets were acquired in 2011 until the first quarter of 2013, but Empire Advisors did not receive the quarterly fees owing to it under the Letter Agreement of $50,000 per quarter from the first quarter of 2013 through May 2016.  The sum of missed quarterly payments is $683,333.33.  Attached hereto as Exhibit 2 is a schedule of missed payments due to Empire Advisors under the Letter Agreement on a monthly basis.

7.      Attached as Exhibit 3 is a true and correct copy of relevant portions of the Debtor's audited 2014 financial statements, which I received in the ordinary course of my responsibilities as a member of the Board.  Note 10 set forth therein notes that the Debtor "has management and consulting agreements with certain board members of the Company."  Exhibit 3 at page 14.  One of the Debtor's principal "management and consulting agreements" is the Letter Agreement.

8.      Attached as Exhibit 4 is a true and correct copy of relevant pages from the "budget detail" and "budget rollup" from the Debtor's final draft budget for 2016, which I received as a member of the Board.  As line 690.30 of the "budget detail" and line 690.00 of the "budget rollup" show, the Debtor budgeted $41,667 per month for payment of the management fees reflected in Note 10 to the Debtor's 2014 audited financial reports, which includes the fees owed to (and asserted in the Empire Advisors in its claim) Empire Advisors.  Marshall Cooper,

3

who was Chairman of the Board of the Debtor and the Board member of the Debtor designated by DXS, was also a member of the Debtor's Audit Committee.  Mr. Cooper was Chairman of the Debtor and responsible for the entire budgeting process from approximately April 24, 2015.

9.    Attached as <u>Exhibit 5</u> is a true and correct copy of relevant pages of the Debtor's December 2015 operating report, which I received as a member of the Board which also show on line 690.00 management fees incurred in that year by the Debtor.  This includes the fees owed to and asserted by Empire Advisors.

10.    Based on the historical trial balances of the Debtor and various discussions with management of the Debtor, the Debtor continued to record this expense and account for Board fees, including ones owed to Empire Advisors up through at least June 2, 2016, the date when the involuntary petition was filed in the Debtor's chapter 11 case.

11.    The Letter Agreement was in the Debtor's data room during the entire bankruptcy case and the Debtor and its financial advisors and external counsel were fully aware of its existence.  The Board members were never advised that the Debtor opposed the fee arrangement and continue to commit the time and effort in reliance on the payment of the fees.  The Board members were never advised before or after the Petition Date that the Letter Agreement might be terminated or rejected by the Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct

Executed this 17th day of April, 2018.


   /s/ David J. Richards
David J. Richards

4

## <u>CERTIFICATE OF SERVICE- BY NOTICE OF ELECTRONIC FILING (CM/ECF)</u>

I hereby certify that on April 18, 2018, I electronically filed the foregoing DECLARATION OF DAVID J. RICHARDS IN SUPPORT OF EMPIRE ADVISORS, LLC'S RESPONSE, AS TO CLAIM NO. 20015, TO DEBTOR'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (A)OVERSTATED, (B) MISCLASSIFIED, (C) MISCLASSIFIED AND OVERSTATED, AND (D) NO LIABILITY CLAIMS with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- James W. Anderson jwa@clydesnow.com,jritchie@clydesnow.com
- Troy J. Aramburu taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- Darwin H. Bingham dbingham@scalleyreading.net, cat@scalleyreading.net
- Stephen T. Bobo sbobo@reedsmith.com
- Kyle A. Brannon kbrannon@nexsenpruet.com
- Scott S Bridge sbridge@keslerrust.com
- Martin J. Brill mjb@lnbyb.com
- Mona Lyman Burton mburton@hollandhart.com, intaketeam@hollandhart.com;slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- Keith A. Call kcall@scmlaw.com
- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj .gov
- Patricia W. Christensen pchristensen@parrbrown.com
- Christopher B. Chuff chuffc@pepperlaw.com
- Joanna J. Cline clinej@pepperlaw.com
- Joseph M.R. Covey calendar@parrbrown.com
- P. Matthew Cox bankruptcy pmc@scmlaw.com
- Robert T. Denny t1d@scmlaw.com, ajm@scmlaw.com
- Timothy D. Ducar tducar@azlawyers.com, orders@azlawyers.com
- Victoria B. Finlinson vbf@clydesnow.com
- Philip A. Gasteier pag@lnbyb.com
- Christopher Grivakes cg@agzlaw.com
- Robert W. Hamilton rwhamilton@jonesday.com
- M. Darin Hammond dhammond@smithknowles.com, astevenson@smithknowles.com
- George B. Hofmann ghofmann@cohnekinghorn.com, haney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Paul C. Huck paulhuck@jonesday.com
- David W. Hunter davidh@fisherhunterlaw.com
- Evan L. James elj@cjmlv.com, kbc@cjmlv.com;ljw@cjmlv.com
- Pedro A. Jimenez pjimenez@jonesday.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Peter J. Kuhn tr Peter.J.Kuhn@usdoj.gov,

5

- James. Gee@usdoj.gov;Lindsey .Huston@usdoj.gov;Suzanne. Verhaal@usdoj.gov
- Brian R. Langford brian@mhmlawoffices.com, brian@mhmlawoffice.com
- David H. Leigh dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- David E. Leta dleta@swlaw.com, wkalawaia@swlaw.com;csmai1@swlaw.com
- Andrew C. Lillie andrew.lillie@hoganlovells.com
- Jessica Black Livingston jessica.livingston@hoganlovells.com
- Ralph R. Mabey rmabey@kmclaw.com
- Adelaide Maudsley amaudsley@kmclaw.com, tslaughter@kmclaw.com
- Steven J. McCardell smccardell@djplaw.com, khughes@djplaw.com
- Scott 0. Mercer som@keslerrust.com
- Krikor J. Meshefejian kjm@lnbyb.com
- Elijah L. Milne emilne@djplaw.com, pbricker@djplaw.com
- Matt Munson matt@mamunsonlaw.com, chris@mamunsonlaw.com
- Sherilyn A. Olsen solsen@hollandhart.com,
  slclitdocket@hollandhart.com;intaketeam@hollandhart.com;cfries@hollandhart.com
- Ellen E Ostrow eeostrow@hollandhart.com,
  mkthurgood@hollandhart.com;intaketeam@hollandhart.com
- A.M. Cristina Perez Soto cperezsoto@jonesday.com
- Lester A. Perry lap@hooleking.com, apb@hooleking.com
- David L. Pinkston bankruptcy_ dlp@scmlaw.com
- George W. Pratt gpratt@joneswaldo.com
- Adam H Reiser areiser@cohnekinghom.com
- Walter A Romney war@clydesnow.com
- John H. Schanne schannej@pepperlaw.com,
  hemys@pepperlaw.com;molitorm@pepperlaw.com
- Chris L. Schmutz chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com
- Jeremy C. Sink jsink@mbt-law.com
- Stephen Styler steve@stylerdaniels.com
- Richard C. Terry richard@tjblawyers.com, cbcecf@yahoo.com
- Jeff D. Tuttle jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Jessica P Wilde jwilde@joneswaldo.com
- Mark W Williams mwilliams@shermanhoward.com,
  dfouts@shermanhoward.com;efiling@sah.com;bmcalister@shermanhoward.com
- Kim R. Wilson bankruptcy_ krw@scmlaw.com
- Laura J. Wolff ljw@cjmlv.com
- Lee E. Woodard lwoodard@harrisbeach.com
- Beth Ann R. Young bry@Lnbyb.com
- P. Matthew Cox bankruptcy_pmc@scmlaw.com
- Gale K. Francis txbk13@utah.gov


_/s/ Kristin Hughes_
An Employee of Durham Jones & Pinegar

6

# EXHIBIT 1



October 31, 2011

Clarity Management, L.P.
100 North Crescent Drive
Beverly Hills, California 90210
Fax: (310) 432-5000
Attn: Clinton W. Walker

Empire Advisors, LLC
500 South Front St., Suite 1200
Columbus, Ohio 43215
Fax: (888) 846-2353
Attn: David J. Richards

>           Re:      Management Fees

Gentlemen:

In connection with the recent investment made by Skye Mineral Partners, LLC ("Investor") in CS Mining, LLC (the "Company"), the Company, Clarity Management, L.P. ("Clarity") and Empire Advisors, LLC ("Empire", and collectively with Clarity the "Advisors"; each of Empire and Clarity may be referred to individually as an "Advisor") agree to the terms and obligations of this letter agreement (this "Agreement"). The contractual rights granted to the Advisors herein are in addition to any rights to expense reimbursement and other rights specifically provided to the Investor, Advisors or their Members pursuant to the respective operating agreements or organizational documents of Investor and Company.

The Company hereby retains the Advisors to provide or cause to be provided, as mutually agreed by the Advisors and the board of managers of the Company, service on, and advice to the board of management and the management of the Company regarding corporate and financial strategy, potential acquisitions and divestitures, the financial management of the Company and other initiatives (the "Services").

>           A.      CLOSING FEES AND COSTS.

As previously agreed, promptly following the execution of this Agreement, the Company shall pay each Advisor or its principals or designees its fees for services rendered in connection with the acquisition of substantially all the assets of Western Utah Copper Company and Copper King Mining Corporation (the "Acquisition") and the associated transactions, the approximate amount of which are set forth on Exhibit A attached hereto and incorporated herein

MAIN OFFICE:
1208 SOUTH 200 WEST
MILFORD, UTAH 84751

P: 435.387.5053
F: 435.387.5088
WWW.CSMINING.COM

MAILING:
P.O. BOX 608
MILFORD, UT 84751

by this reference. Such fee shall be paid by wire transfer of immediately available funds to the Advisor or its designees, or at Advisor's election, which amount may be contributed as a capital contribution to Investor or Company in accordance with Advisors' election set forth on <u>Exhibit A</u> in the right column. In addition, the Company shall reimburse each Advisor or its designees, by wire transfer of immediately available funds, its reasonable other fees, costs and expenses (including the reasonable fees and expenses of accountants, attorneys and other advisors retained by the Advisor) incurred in connection with the foregoing and the work associated with the Chapter 11 bankruptcy process, the Acquisition and related transactions.

**B.**     <u>QUARTERLY MANAGEMENT FEE; EXPENSE REIMBURSEMENT.</u>

During the term of this Agreement, each Advisor or its designee shall be paid a quarterly management and monitoring fee for the Services equal to $50,000 by the Company commencing as of the closing date of the Acquisition, and continuing each calendar quarter thereafter. An initial payment of $50,000 will be made by the Company in respect of the quarter ended December 31, 2011. Thereafter, the fee shall be payable in arrears on a quarterly basis by wire transfer of immediately available funds. The fee (and any other compensation or reimbursement specified in this Agreement) will be payable by the Company regardless of the extent of Services requested by the Company pursuant to this Agreement, and regardless of whether or not the Company requests the relevant Advisor to provide any such Services. In addition, the Company shall reimburse each Advisor for all costs and expenses incurred in connection with Services rendered hereunder. Such costs and expenses shall be reimbursed promptly by the Company upon submission of a customary expense report.

**C.**     <u>MISCELLANEOUS.</u>

<u>Term and Termination</u>. This Agreement shall be in effect from the date hereof until terminated as provided in this paragraph. This Agreement will terminate immediately upon the earliest to occur of: (i) 30 days written notice by the Advisor of its intention to terminate this Agreement; (ii) the closing of the Company's initial firmly underwritten public offering of securities pursuant to an effective registration statement filed under the Securities Act of 1933, as amended; or (iii) the liquidation, dissolution, or winding up of the Company; or (v) the date on which no Investor owns any securities or other interests in the Company.

<u>Indemnification</u>. The Company shall indemnify and hold harmless the Advisors, each of their controlling persons and each director, officer, manager and employee thereof from and against any and all losses, claims, liabilities, suits, costs, damages and expenses (including attorneys' fees) arising from their performance hereunder, except as a result of their gross negligence or willful misconduct.

<u>Independent Contractor</u>. The Company and each Advisor agrees and acknowledges that the Advisors and each of its controlling persons and each director, officer, manager and employee thereof shall perform services hereunder as independent contractors, retaining control over and responsibility for their own operations and personnel. Neither the Advisors nor any of their controlling persons, directors, officers, managers or employees shall be considered employees or agents of the Company as a result of this Agreement or the services

**MAIN OFFICE:**
1208 SOUTH 200 WEST
MILFORD, UTAH 84751

**CS** MINING
P: 435.387.5053
F: 435.387.5088
WWW.CSMINING.COM

**MAILING:**
P.O. BOX 608
MILFORD, UT 84751



provided hereunder.

          Governing Law.  This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware without reference to principles of conflicts of law.

          Counterparts.    This Agreement may be executed in counterparts and signature pages may be delivered by facsimile, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**CS MINING, LLC**

By: SKYE MINERAL PARTNERS, LLC
Title: Member

  By:    SKYE MINERAL INVESTORS, LLC
Title: Member

    By: EMPIRE ADVISORS, LLC
Title: Manager

      By: _____
        David J. Richards, President

    By: CLARITY COPPER, LLC
Title: Member

      By: _____
        Clinton W. Walker, Manager

ACKNOWLEDGED AND AGREED:

**ADVISORS:**

**CLARITY MANAGEMENT, L.P.**                    **EMPIRE ADVISORS, LLC**

By: _____               By: _____
  Clinton W. Walker, General Partner              David J. Richards, President

**CS** MINING

**MAIN OFFICE:**                    P: 435.387.5053                    **MAILING:**
1208 SOUTH 200 WEST        F: 435.387.5088                    P.O. BOX 608
MILFORD, UTAH 84751        WWW.CSMINING.COM            MILFORD, UT 84751

# EXHIBIT 2

*SLC_3721492.2*

**Accrued Management Fees**

|      |    |     | Empire     |
|------|----|-----|------------|
| 2013 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2014 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2015 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    | Jun | 16,666.67  |
|      | Q3 | Jul | 16,666.67  |
|      |    | Aug | 16,666.67  |
|      |    | Sep | 16,666.67  |
|      | Q4 | Oct | 16,666.67  |
|      |    | Nov | 16,666.67  |
|      |    | Dec | 16,666.67  |
| 2016 | Q1 | Jan | 16,666.67  |
|      |    | Feb | 16,666.67  |
|      |    | Mar | 16,666.67  |
|      | Q2 | Apr | 16,666.67  |
|      |    | May | 16,666.67  |
|      |    |     | 683,333.33 |

# EXHIBIT 3

SLC_3721492.2



227 West First Street, Suite 700
Duluth, Minnesota 55802-1926
O 218.727.5025 F 218.727.1438
www.mcgladrey.com

June 12, 2015

Mr. Clint Walker, Audit Committee Chair
Skye Mineral Partners, LLC and Subsidiary
100 North Crescent Drive
Beverly Hills, CA 90210

Dear Mr. Walker:

In accordance with your request, we are attaching the accompanying PDF file, which contains an electronic final version of the consolidated financial statements of Skye Mineral Partners, LLC and Subsidiary as of December 31, 2014 and 2013. We understand that your request for the electronic copy has been made as a matter of convenience. You understand that electronic transmissions are not entirely secure and that it is possible for confidential financial information to be intercepted by others.

These consolidated financial statements and our report(s) on them are not to be modified in any manner. This final version supersedes all prior drafts. Any preliminary draft version of the consolidated financial statements previously provided to you in an electronic format should be deleted from your computer, and all printed copies of any superseded preliminary draft versions should likewise be destroyed.

Professional standards and our firm policies require that we perform certain additional procedures whenever our reports are included, or we are named as accountants, auditors or "experts," in a document used in a public or private offering of equity or debt securities. Accordingly, as provided for and agreed to in the terms of our arrangement letter, Skye Mineral Partners, LLC and Subsidiary will not include our reports, or otherwise make reference to us, in any public or private securities offering without first obtaining our consent. Any request to consent is also a matter for which separate arrangements will be necessary. After obtaining our consent, Skye Mineral Partners, LLC and Subsidiary also agree to provide us with printer's proofs or masters of such offering documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is distributed. In the event our auditor/client relationship has been terminated when Skye Mineral Partners, LLC and Subsidiary seek such consent, we will be under no obligation to grant such consent or approval.

Thank you for the opportunity to serve you.

Sincerely,

Brian M. Hren
Assurance Partner
218.336.3127

Attachment

# Skye Mineral Partners, LLC and Subsidiary

Consolidated Financial Report
With Supplementary Information
December 31, 2014





Assurance ▪ Tax ▪ Consulting

**Contents**

| | |
|---|---|
| Independent Auditor's Report on the Financial Statements | 1 |

Financial Statements

| | |
|---|---|
| Consolidated balance sheets | 2 |
| Consolidated statements of operations | 3 |
| Consolidated statements of comprehensive loss | 3 |
| Consolidated statements of members' equity | 4 |
| Consolidated statements of cash flows | 5 |
| Notes to consolidated financial statements | 6-16 |

| | |
|---|---|
| Independent Auditor's Report on the Supplementary Information | 17 |

Supplementary Information

| | |
|---|---|
| Consolidating balance sheet | 18 |
| Consolidating statement of operations | 19 |
| Consolidating statement of members' equity | 19 |
| Consolidating statement of cash flows | 20 |



**Independent Auditor's Report**

The Board of Managers
Skye Mineral Partners, LLC
Milford, UT

**Report on the Financial Statements**
We have audited the accompanying consolidated balance sheets of Skye Mineral Partners, LLC and Subsidiary (the Company), as of December 31, 2014 and 2013, and the related consolidated statements of operations, comprehensive loss, members' equity and cash flows for the years ended December 31, 2014 and 2013, and the related notes to the consolidated financial statements.

**Management's Responsibility for the Financial Statements**
Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

**Auditor's Responsibility**
Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a reasonable basis for our audit opinion.

**Opinion**
In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Skye Mineral Partners, LLC and Subsidiary as of December 31, 2014 and 2013, and the results of their operations and their cash flows for the years ended December 31, 2014 and 2013, in conformity with accounting principles generally accepted in the United States of America.

*McGladrey LLP*

Duluth, Minnesota
June 12, 2015

1

**Skye Mineral Partners, LLC and Subsidiary**

**Consolidated Balance Sheets**
**Years Ended December 31, 2014 and 2013**

| Assets | | 2014 | | 2013 |
|---|---|---|---|---|
| Current Assets | | | | |
| Cash and cash equivalents | $ | 571,615 | $ | 646,550 |
| Cash, restricted | | 5,285,880 | | - |
| Accounts receivable (Note 2) | | 406,146 | | 565,094 |
| Inventories (Note 3) | | 3,100,175 | | 2,511,819 |
| Prepaid expenses and other | | 560,992 | | 566,666 |
| **Total current assets** | | 9,924,808 | | 4,290,129 |
| | | | | |
| Other Assets | | | | |
| Available-for-sale security, restricted | | - | | 1,294,726 |
| Cash, restricted | | 2,100,920 | | 361,425 |
| Mining permits, net (Note 4) | | 807,335 | | 870,953 |
| Water rights | | 2,103,607 | | 2,103,457 |
| Mineral deposit development costs, net  (Note 4) | | 10,124,972 | | 5,827,761 |
| Mineral interests, net  (Note 4) | | 32,136,435 | | 32,784,370 |
| Other | | 545,625 | | 380,310 |
| | | 47,818,894 | | 43,623,002 |
| | | | | |
| Property and Equipment, net (Notes 5, 6, 7, and 8) | | 41,190,168 | | 36,116,609 |
| | $ | 98,933,870 | $ | 84,029,740 |
| | | | | |
| **Liabilities and Members' Equity** | | | | |
| Current Liabilities | | | | |
| Current maturities of long-term debt (Note 6) | $ | 3,301,463 | $ | 16,910,247 |
| Accounts payable | | 6,360,192 | | 4,633,380 |
| Accrued expenses | | 1,156,901 | | 1,022,771 |
| **Total current liabilities** | | 10,818,556 | | 22,566,398 |
| | | | | |
| Long-term debt, less current maturities (Note 6) | | 37,457,742 | | 2,111,760 |
| | | | | |
| Asset retirement obligation (Note 7) | | 4,513,052 | | 3,380,723 |
| | | | | |
| Commitments and Contingencies (Notes 6, 7, 8, 9, 10, 11, and 12) | | | | |
| | | | | |
| Members' Equity | | | | |
| Members' capital (Note 9) | | 45,961,827 | | 55,641,191 |
| Accumulated other comprehensive income | | - | | 2,458 |
| **Skye Mineral Partners, LLC's members' equity** | | 45,961,827 | | 55,643,649 |
| | | | | |
| Noncontrolling interest | | 182,693 | | 327,210 |
| | | 46,144,520 | | 55,970,859 |
| | $ | 98,933,870 | $ | 84,029,740 |

See Notes to Consolidated Financial Statements.

**Skye Mineral Partners, LLC and Subsidiary**

**Notes to Consolidated Financial Statements**

**Note 9.    Members' Capital**

The Company has two classes of common units. Class A common units allow its holders one vote per unit. In addition, as defined in the limited liability company agreement, Class A common unit members are entitled to certain liquidation preferences upon dissolution and have the right to appoint managing board members. Class B common units are reserved for management and are nonvoting units, without liquidation preferences upon dissolution, and do not allow its holders to appoint managing board members.

At the discretion of the Board of Managers, the Company may grant up to 5,250 nonvoting Class B units to employees, independent contractors, or other service providers of the Company or its affiliates. Each award grant is subject to the terms and conditions as set forth in the agreement reached with the individual recipient as approved by the Board of Managers.

There were 52,244 and 50,013 Class A common units issued and outstanding at December 31, 2014 and 2013, respectively. There were 2,125 and 2,500 Class B common units issued and outstanding at December 31, 2014 and 2013, respectively.

On January 19, 2012, the Company granted 2,500 Class B units to certain key employees of CS Mining. In October 2014, one of these key employees entered into a settlement and release agreement with the Company and terminated employment. As part of this settlement and release agreement, 375 of the key employee's units granted were forfeited and the remaining units granted became fully vested and owned by the key employee. Also in October 2014, a separate key employee with granted units entered into a new employment agreement with the Company. As part of this new employment agreement, all units granted to the employee on January 19, 2012 became fully vested and owned by the key employee. Subsequent to the year ended December 31, 2014, on January 27, 2015, under the terms of the new employment agreement with this key employee the Company granted 540 Class B units to this key employee. A certain number of these 540 Class B units issued will vest over the passage of time, with continued employment at CS Mining, while other remaining amounts vest if certain performance targets are met. Management has assumed that all unvested Class B units will ultimately vest and has determined the fair value of all Class B units granted to be deminimis. As a result, the Company has not recognized compensation expense in the consolidated financial statements associated with these Class B units granted.

Class B unit activity for the year ended December 31, 2014 and 2013, is summarized as follows:

|  | Units Granted | Units Vested |
| --- | --- | --- |
| Outstanding at December 31, 2012 | 2,500 | 312 |
| Class B units vested | - | 416 |
| Outstanding at December 31, 2013 | 2,500 | 728 |
| Class B units vested | - | 1,397 |
| Class B units forfeited | (375) | - |
| Outstanding at December 31, 2014 | 2,125 | 2,125 |

**Note 10.    Related-Party Transactions**

The Company has management and consulting agreements with certain board members of the Company. Total fees incurred in accordance with the agreements are included in operating expenses and totaled approximately $650,000 and $800,000 for the years ended December 31, 2014 and 2013, respectively.

The Company has a Capex Line with a certain member of the Company. See Note 6. Interest expense incurred was approximately $2,383,000 in 2014 and $1,117,000 in 2013.

# EXHIBIT 4

**CS MINING**
**2016 Budget**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| 400.00 · REVENUES | | | | | | | | | | | | | |
| 400.10 · Copper | 524,407 | 222,314 | 0 | 0 | 773,938 | 747,756 | 770,611 | 769,933 | 745,213 | 770,992 | 748,111 | 771,029 | 6,706,058 |
| 400.20 · Silver | 122,409 | 41,762 | 0 | 0 | 106,478 | 149,413 | 292,998 | 386,733 | 281,081 | 343,798 | 311,550 | 298,353 | 2,206,030 |
| 400.30 · Gold | 42,882 | 16,588 | 0 | 0 | 255,337 | 373,007 | 424,482 | 446,586 | 367,187 | 431,195 | 396,755 | 387,095 | 3,169,484 |
| 410.00 · Cathode | 0 | 889,967 | 2,423,348 | 2,557,170 | 3,106,572 | 3,006,360 | 3,106,572 | 3,106,572 | 3,006,360 | 3,106,572 | 3,006,360 | 2,642,409 | 30,063,296 |
| 490.00 · Adj for Settlement Reserve | 0 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -25,000 | -275,000 |
| Total 400.00 · REVENUES | 689,698 | 1,170,631 | 2,398,348 | 2,532,170 | 4,217,325 | 4,251,536 | 4,569,663 | 4,684,825 | 4,374,841 | 4,627,557 | 4,437,776 | 4,073,886 | 42,028,255 |
| **Total Income** | 689,698 | 1,170,631 | 2,398,348 | 2,532,170 | 4,217,325 | 4,251,536 | 4,569,663 | 4,684,825 | 4,374,841 | 4,627,557 | 4,437,776 | 4,073,886 | 42,028,255 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| 500.000 · PRODUCTION COSTS | | | | | | | | | | | | | |
| 505.000 · MINING OPERATIONS | | | | | | | | | | | | | |
| 505.100 · MINE G&A | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 57,742 | 692,902 |
| 505.200 · DRILLING | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 5,879 | 70,554 |
| 505.300 · BLASTING | 136,630 | 132,614 | 133,915 | 134,240 | 133,247 | 111,859 | 132,363 | 131,463 | 125,170 | 125,981 | 131,554 | 124,307 | 1,553,342 |
| 505.400 · LOADING | 97,444 | 94,580 | 95,507 | 95,740 | 95,031 | 79,778 | 94,401 | 93,750 | 89,271 | 89,850 | 93,824 | 88,655 | 1,107,841 |
| 505.500 · HAULING | 146,831 | 142,514 | 143,911 | 144,262 | 143,195 | 120,210 | 142,245 | 141,278 | 134,515 | 135,387 | 141,376 | 133,587 | 1,669,311 |
| 505.600 · ROADS & DUMPS | 43,648 | 42,365 | 42,780 | 42,884 | 42,567 | 35,734 | 42,285 | 41,997 | 39,987 | 40,246 | 42,026 | 39,711 | 496,229 |
| 505.800 · ENGINEERING | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 17,816 | 213,787 |
| 505.900 · GEOLOGY | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 16,802 | 201,622 |
| Total 505.000 · MINING OPERATIONS | 522,792 | 510,312 | 514,350 | 515,365 | 512,279 | 445,820 | 509,533 | 506,736 | 487,183 | 489,702 | 507,019 | 484,498 | 6,005,588 |
| 510.000 · MAINTENANCE SHOP | | | | | | | | | | | | | |
| 510.100 · MINE MAINTENANCE | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 167,077 | 2,004,927 |
| 511.100 · LIGHT VEHICLE MAINTENANCE | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 1,806 | 21,670 |
| Total 510.000 · MAINTENANCE SHOP | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 168,883 | 2,026,597 |
| 515.000 · MILLING OPERATIONS | | | | | | | | | | | | | |
| 515.100 · FLOAT PLANT G&A | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 77,980 | 935,761 |
| 515.200 · PRIMARY CRUSHING | 125,555 | 125,635 | 126,087 | 126,167 | 126,372 | 125,958 | 126,390 | 126,087 | 126,242 | 124,177 | 124,197 | 123,781 | 1,506,647 |
| 515.300 · GRINDING | 96,991 | 98,194 | 104,979 | 106,188 | 109,256 | 103,045 | 109,527 | 104,974 | 107,110 | 76,305 | 76,599 | 70,359 | 1,163,728 |
| 515.400 · FLOTATION | 186,860 | 0 | 0 | 0 | 0 | 197,889 | 209,697 | 201,403 | 205,659 | 149,176 | 149,712 | 138,343 | 1,438,739 |
| 515.500 · THICKENING / CONCENTRATE DRYING | 27,547 | 27,823 | 29,377 | 29,654 | 30,356 | 28,934 | 30,118 | 29,375 | 29,911 | 22,809 | 22,877 | 21,448 | 330,528 |
| 515.600 · TAILINGS - PROCESS WATER | 7,965 | 8,006 | 8,233 | 8,273 | 8,376 | 8,168 | 8,385 | 8,232 | 8,311 | 7,273 | 7,283 | 7,074 | 95,578 |
| 515.700 · FLOAT PLANT MAINTENANCE | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 60,803 | 729,640 |
| Total 515.000 · MILLING OPERATIONS | 583,702 | 398,441 | 407,458 | 409,066 | 413,144 | 602,777 | 623,200 | 608,855 | 616,216 | 518,523 | 519,451 | 499,788 | 6,200,621 |
| 520.000 · LEACHING OPERATIONS | | | | | | | | | | | | | |
| 520.100 · SXEW PLANT G & A | 43,217 | 0 | 105,498 | 110,695 | 134,008 | 128,808 | 135,551 | 135,603 | 131,229 | 133,844 | 130,224 | 115,121 | 1,303,800 |
| 520.200 · TAILS/SLURRY LEACHING | 245,244 | 0 | 597,297 | 573,050 | 696,168 | 673,711 | 696,168 | 768,655 | 743,859 | 768,655 | 743,859 | 653,807 | 7,160,474 |
| 520.400 · CCD CIRCUIT | 7,929 | 0 | 19,399 | 20,204 | 24,425 | 23,322 | 24,979 | 24,998 | 24,192 | 24,366 | 23,831 | 21,184 | 238,870 |
| 520.500 · SX PROCESSING | 37,905 | 0 | 92,318 | 97,416 | 118,346 | 114,528 | 118,346 | 114,528 | 118,346 | 118,346 | 114,528 | 100,663 | 1,145,268 |
| 520.600 · EW REFINERY | 27,481 | 0 | 66,931 | 70,627 | 85,801 | 83,033 | 85,801 | 83,033 | 85,801 | 83,033 | 85,801 | 72,981 | 830,320 |
| 520.700 · ASSAY LAB | 2,185 | 0 | 5,307 | 5,607 | 6,803 | 6,592 | 6,803 | 6,592 | 6,803 | 6,592 | 6,803 | 5,787 | 65,874 |
| 520.800 · SXEW PLANT MAINTENANCE | 9,476 | 0 | 23,080 | 24,354 | 29,586 | 28,632 | 29,586 | 28,632 | 29,586 | 28,632 | 29,586 | 25,166 | 286,317 |
| Total 520.000 · LEACHING OPERATIONS | 373,438 | 0 | 909,829 | 901,993 | 1,095,137 | 1,058,626 | 1,097,234 | 1,169,791 | 1,132,066 | 1,167,000 | 1,130,700 | 994,708 | 11,030,922 |
| 540.000 · EXPLORATION | | | | | | | | | | | | | |
| 540.100 · EXPLORATION G&A | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 9,995 | 119,940 |
| 540.200 · EXPLORATION GEOLOGY | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 5,270 | 63,240 |
| 540.300 · EXPLORATION - DRILLING | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 1,321 | 15,849 |
| 540.400 · EXPLORATION - PERMITTING | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 16,586 | 199,029 |
| Total 540.000 · EXPLORATION | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 33,172 | 398,058 |
| 570.000 · SELLING & PROCESSING | | | | | | | | | | | | | |
| 570.20 · Purchased Services | 466,194 | 232,330 | 268,006 | 262,710 | 278,754 | 269,410 | 277,749 | 277,544 | 268,641 | 277,864 | 269,517 | 271,244 | 3,419,963 |
| Total 570.000 · SELLING & PROCESSING | 466,194 | 232,330 | 268,006 | 262,710 | 278,754 | 269,410 | 277,749 | 277,544 | 268,641 | 277,864 | 269,517 | 271,244 | 3,419,963 |
| 580.000 · INVENTORY & DEVELOPMENT | | | | | | | | | | | | | |
| 580.90 · Cost of Development | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -3,731,908 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total 580.000 - INVENTORY & DEVELOPMENT | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -310,992 | -3,731,908 |
| Total 500.000 - PRODUCTION COSTS | 1,447,164 | 1,388,996 | 1,974,119 | 1,963,611 | 2,173,790 | 2,251,110 | 2,382,193 | 2,437,403 | 2,378,582 | 2,327,966 | 2,301,163 | 2,124,715 | 25,150,811 |
| 605.000 - RESEARCH & DEVELOPMENT | | | | | | | | | | | | | |
| Total COGS | 1,447,164 | 1,388,996 | 1,974,119 | 1,963,611 | 2,173,790 | 2,251,110 | 2,382,193 | 2,437,403 | 2,378,582 | 2,327,966 | 2,301,163 | 2,124,715 | 25,150,811 |
| Gross Profit | -757,466 | -218,365 | 424,228 | 568,559 | 2,043,535 | 2,000,426 | 2,187,470 | 2,247,422 | 1,996,259 | 2,299,591 | 2,136,613 | 1,949,171 | 16,877,443 |
| Expense | | | | | | | | | | | | | |
| 600.000 - ADMINISTRATION - SITE G&A | | | | | | | | | | | | | |
| 605.100 - SITE G&A | 126,554 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 133,827 | 1,598,648 |
| 605.300 - ACCOUNTING | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 57,928 | 695,138 |
| 605.400 - PURCHASING / WAREHOUSING | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 4,826 | 57,909 |
| 605.500 - INFORMATION SYSTEMS | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 20,592 | 247,101 |
| 605.600 - HUMAN RESOURCES | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 18,812 | 225,748 |
| 605.700 - SAFETY & SECURITY | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 66,930 | 803,154 |
| 605.800 - ENVIRONMENTAL | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 7,137 | 85,640 |
| 605.900 - LEGAL | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 14,784 | 177,406 |
| Total 600.000 - ADMINISTRATION - SITE G&A | 317,562 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 324,835 | 3,890,745 |
| 680.000 - INTEREST | 9,028 | 8,853 | 8,678 | 8,502 | 8,326 | 16,113 | 16,009 | 15,498 | 14,985 | 14,470 | 13,953 | 13,434 | 147,847 |
| 680.000 - OTHER EXPENSE | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 500,000 |
| 695.000 - DEPRECIATION EXPENSE | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 505,526 | 6,066,314 |
| 698.000 - DEPLETION EXPENSE | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 146,789 | 1,761,471 |
| Total Expense | 1,020,572 | 1,027,670 | 1,027,495 | 1,027,319 | 1,027,143 | 1,034,930 | 1,034,826 | 1,034,314 | 1,033,801 | 1,033,286 | 1,032,769 | 1,032,251 | 12,366,376 |
| Net Ordinary Income | -1,778,038 | -1,246,035 | -603,267 | -458,760 | 1,016,392 | 965,496 | 1,152,644 | 1,213,108 | 962,457 | 1,266,305 | 1,103,843 | 916,920 | 4,511,067 |
| Other Income/Expense | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| 700.000 - OTHER INCOME | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 69,083 |
| Total Other Income | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 5,757 | 69,083 |
| Other Expense | | | | | | | | | | | | | |
| 800.000 - Donation | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 630 | 7,560 |
| 820.000 - Amortization Expense | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 5,345 | 64,141 |
| Total Other Expense | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 71,701 |
| Net Other Income | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -218 | -2,618 |
| Net Income | -1,778,256 | -1,246,253 | -603,485 | -458,978 | 1,016,174 | 965,278 | 1,152,426 | 1,212,890 | 962,239 | 1,266,087 | 1,103,625 | 916,702 | 4,508,448 |
| Adjustments to EBITDA | | | | | | | | | | | | | |
| Interest | -9,028 | -8,853 | -8,678 | -8,502 | -8,326 | -16,113 | -16,009 | -15,498 | -14,985 | -14,470 | -13,953 | -13,434 | -147,847 |
| Depletion | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -146,789 | -1,761,471 |
| Depreciation | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -505,526 | -6,066,314 |
| Other expenses | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -47,642 | -571,701 |
| Net Adjustments | -708,985 | -708,810 | -708,635 | -708,460 | -708,283 | -716,070 | -715,966 | -715,455 | -714,942 | -714,427 | -713,910 | -713,391 | -8,547,333 |
| EBITDA | -1,069,271 | -537,443 | 105,150 | 249,482 | 1,724,457 | 1,681,348 | 1,868,392 | 1,928,344 | 1,677,181 | 1,980,513 | 1,817,535 | 1,630,093 | 13,055,782 |
| Net Cash needed for Debt Service | 70,919 | 70,919 | 70,919 | 70,919 | 70,919 | 163,550 | 166,196 | 166,196 | 166,196 | 166,196 | 166,196 | 166,196 | 1,515,321 |
| Net Cash needed for Operating and Sustaining Capital | 3,000 | 84,000 | 447,985 | 642,944 | 757,130 | 382,500 | 243,833 | 650,727 | 924,667 | 706,014 | 215,667 | 255,667 | 5,314,133 |
| Cash Increase(Decrease) Monthly | -1,143,190 | -692,362 | -413,754 | -464,381 | 896,408 | 1,135,298 | 1,458,362 | 1,111,422 | 586,318 | 1,108,303 | 1,435,672 | 1,208,230 | 6,226,328 |
| Cumulative Cash Contribution/(Need) Monthly | -1,143,190 | -1,835,551 | -2,249,305 | -2,713,686 | -1,817,278 | -681,980 | 776,383 | 1,887,804 | 2,474,122 | 3,582,425 | 5,018,097 | 6,226,328 | 6,226,328 |
| Net Cash needed for Exploration Capital | 0 | 0 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 25,500 | 255,000 |
| Cash Increase(Decrease) Monthly after Exploration | -1,143,190 | -692,362 | -439,254 | -489,881 | 870,908 | 1,109,798 | 1,432,862 | 1,085,922 | 560,818 | 1,082,803 | 1,410,172 | 1,182,730 | 5,971,328 |
| Cash Inflows | | 4,750,000 | 1,500,000 | | | | | | | | | | |
| Cash Needed for Payable Reduction | | | -1,725,000 | -1,725,000 | -1,725,000 | -1,725,000 | | | | | | | -6,900,000 |
| Unpaid Director's Fees | | | | | | | | 1,827,000 | | | | | |
| Cumulative Cash Contribution/(Need) after Exploration | -1,143,190 | 2,914,449 | 2,250,195 | 35,314 | -818,778 | -1,433,980 | -1,117 | -742,196 | -181,378 | 901,425 | 2,311,597 | 3,494,328 | |

# EXHIBIT 5

*SLC_3721492.2*



# MONTHLY OPERATING REPORT
# DECEMBER 2015

**Page**
| | |
|---|---|
| **2** | **Production & Cost Data** |
| **3** | **Grade & Recovery** |
| **4** | **Results of Operation** |
| **5** | **Summary P&L by Month** |
| **6** | **Balance Sheet** |
| **Appendix** | **Production Graphs** |

To:   David McMullin, CEO
Fr:   Darin Malchus, VP Finance

Distribution:
   Clint Walker
   David J. Richards
   Marshall Cooper
   David V. Richards
   Stacey Riggs
   Tim Haggerty
   Ken Leachman
   Ann-Louise Taylor

The information contained in this report are intended exclusively for the individual or entity to which it is addressed. This report constitutes confidential and /or privileged information. Any unauthorized review, use, print, save, copy, disclosure or distribution is strictly prohibited.  The information contained in this report are internally generated and are unaudited.



**CS MINING**

# Profit & Loss
## January through December 2015

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **400.00 · REVENUES** | | | | | | | | | | | | | |
| 400.10 · Copper | 1,926,832 | 1,794,427 | 1,680,249 | 2,043,934 | 1,875,589 | 1,738,292 | 1,941,575 | 1,819,076 | 1,357,291 | 1,192,377 | 710,080 | 592,122 | 18,671,844 |
| 400.20 · Silver | 408,493 | 428,436 | 372,566 | 475,180 | 343,465 | 321,243 | 358,315 | 331,741 | 206,538 | 174,242 | 61,935 | 65,874 | 3,548,028 |
| 400.30 · Gold | 285,401 | 353,294 | 271,294 | 283,004 | 190,248 | 139,094 | 116,569 | 112,816 | 85,087 | 78,909 | 59,384 | 50,928 | 2,026,027 |
| 490.00 · Adj for Settlement Reserve | -90,281 | -81,504 | 60,520 | -13,813 | 24,470 | 7,772 | 43,860 | -22,491 | 56,678 | 93,600 | -2,359 | -12,098 | 64,355 |
| **Total 400.00 · REVENUES** | 2,530,445 | 2,494,653 | 2,384,630 | 2,788,305 | 2,433,771 | 2,206,401 | 2,460,320 | 2,241,143 | 1,705,594 | 1,539,127 | 829,041 | 696,825 | 24,310,254 |
| **Total Income** | 2,530,445 | 2,494,653 | 2,384,630 | 2,788,305 | 2,433,771 | 2,206,401 | 2,460,320 | 2,241,143 | 1,705,594 | 1,539,127 | 829,041 | 696,825 | 24,310,254 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| **500.00 · PRODUCTION COSTS** | | | | | | | | | | | | | |
| 505.000 · MINING OPERATIONS | 418,860 | 582,585 | 440,481 | 577,315 | 440,108 | 525,921 | 470,806 | 518,861 | 497,542 | 360,809 | 452,722 | 463,840 | 5,749,849 |
| 510.000 · MAINTENANCE SHOP | 139,399 | 132,024 | 159,692 | 141,083 | 167,234 | 168,789 | 199,825 | 158,208 | 162,435 | 151,052 | 159,989 | 163,120 | 1,902,650 |
| 515.000 · MILLING OPERATIONS | 840,296 | 830,155 | 850,362 | 847,370 | 773,180 | 963,710 | 908,665 | 891,812 | 1,021,079 | 862,155 | 898,277 | 875,366 | 10,562,628 |
| 570.000 · SELLING & PROCESSING | 485,967 | 452,583 | 379,633 | 530,814 | 428,771 | 426,331 | 548,709 | 490,533 | 327,319 | 292,197 | 225,052 | 187,091 | 4,775,000 |
| 580.000 · INVENTORY & DEVELOPMENT | -181,660 | -299,905 | -95,813 | -273,233 | -130,084 | -324,212 | -374,344 | -320,165 | -325,400 | -205,412 | -235,233 | -421,110 | -3,186,571 |
| **Total 500.00 · PRODUCTION COSTS** | 1,702,862 | 1,697,443 | 1,734,356 | 1,823,349 | 1,679,209 | 1,760,540 | 1,753,661 | 1,739,249 | 1,682,975 | 1,460,800 | 1,500,807 | 1,268,306 | 19,803,557 |
| **Total COGS** | 1,702,862 | 1,697,443 | 1,734,356 | 1,823,349 | 1,679,209 | 1,760,540 | 1,753,661 | 1,739,249 | 1,682,975 | 1,460,800 | 1,500,807 | 1,268,306 | 19,803,557 |
| **Gross Profit** | 827,583 | 797,210 | 650,274 | 964,956 | 754,563 | 445,861 | 706,659 | 501,894 | 22,618 | 78,327 | -671,766 | -571,481 | 4,506,697 |
| **Expense** | | | | | | | | | | | | | |
| 600.000 · SITE G&A | 258,665 | 249,083 | 298,198 | 303,450 | 347,801 | 283,681 | 260,135 | 229,292 | 227,943 | 289,028 | 244,621 | 277,471 | 3,269,368 |
| 670.000 · INTEREST & FINANCE CHARGES | 363,384 | 333,782 | 295,735 | 389,017 | 303,251 | 295,308 | 306,837 | 310,165 | 301,200 | 315,730 | 306,212 | 321,595 | 3,842,216 |
| 680.000 · TAXES, INSURANCE & PERMITS | 22,338 | 33,207 | 21,582 | 26,613 | 21,221 | 23,901 | 22,603 | 57,432 | 32,930 | 14,548 | 24,662 | 25,062 | 326,099 |
| 690.000 · OTHER EXPENSE | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 500,000 |
| 695.000 · DEPRECIATION EXPENSE | 364,350 | 330,394 | 366,484 | 356,187 | 371,927 | 391,136 | 506,934 | 504,816 | 495,049 | 516,714 | 501,901 | 519,505 | 5,225,397 |
| 698.000 · DEPLETION EXPENSE | 246,035 | 581,961 | 721,682 | 1,128,441 | 803,111 | 651,687 | 552,281 | 287,231 | 80,094 | 73,043 | 113,222 | 150,235 | 5,389,023 |
| **Total Expense** | 1,296,438 | 1,570,094 | 1,745,347 | 2,245,374 | 1,888,978 | 1,687,380 | 1,690,457 | 1,430,602 | 1,178,882 | 1,250,730 | 1,232,285 | 1,335,535 | 18,552,102 |
| **Net Ordinary Income** | -468,855 | -772,884 | -1,095,074 | -1,280,418 | -1,134,415 | -1,241,519 | -983,799 | -928,708 | -1,156,264 | -1,172,403 | -1,904,051 | -1,907,016 | -14,045,406 |
| Other Income/Expense | -5,653 | -4,980 | -9,403 | -6,440 | -6,403 | 39,729 | -5,403 | -5,653 | -6,269 | 35,868 | -5,229 | 2,579 | 22,743 |
| **Net Income** | -474,509 | -777,864 | -1,104,477 | -1,286,858 | -1,140,818 | -1,201,790 | -989,202 | -934,361 | -1,162,533 | -1,136,536 | -1,909,280 | -1,904,437 | -14,022,664 |