Christopher Grivakes, CA Bar No. 127994
Damion Robinson, CA Bar No. 262573
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 979-8700
Email: cg@agzlaw.com
*Admitted Pro Hac Vice*

M. Darin Hammond, Bar No. 6741
SMITH KNOWLES, P.C.
2225 Washington Blvd., Suite 200
Ogden, UT  84401
Telephone:  (801) 476-0303
Email: dhammond@smithknowles.com

*Counsel for David J. Richards, Clinton W. Walker, David D. McMullin,*
*Clarity Copper, LLC, Skye Mineral Investors, LLC,*
*Clarity Management L.P. and Empire Advisors, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **In re CS Mining, LLC,**<br><br>Debtor | Chapter 11 16-24818-WTT<br><br>Hon. William T. Thurman<br><br>**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS AND ADMINISTRATIVE EXPENSE PRIORITY CLAIMS BY DAVID J. RICHARDS, CLINTON W. WALKER, DAVID D. MCMULLIN, CLARITY MANAGEMENT L.P. AND EMPIRE ADVISORS, LLC** |

In accordance with the settlement agreement entered into by and between Official Committee of Creditors Holding Unsecured Claims of the Bankruptcy Estate of CS Mining, LLC and Liquidation Trust of CS Mining, LLC,  on the one hand, and David J. Richards ("Richards"), Clinton W. Walker ("Walker"), David McMullin ("McMullin"), Clarity Management L.P. ("Clarity") and Empire Advisors, LLC ("Empire"), on the other hand, which settlement was approved by the Court on July 5, 2019 [Docket No. 1506 ], Richards, Walker, McMullin, Clarity and Empire hereby withdraw the following proofs of claims and administrative priority expense claims, as well as any other proofs of claim or administrative claims filed by them or on their behalf:

1. Proof of Claim number 20012 in the sum of $341,666.67 filed by Walker.

2. Proof of Claim number 199 in the sum of $4,141,666.67 filed by Walker and Clarity.

3. Proof of Claim number 201 in the sum of $4,141,666.67 filed by Clarity.

4. Proof of Claim number 20011 in the sum of $392,692.49 filed by Clarity.

5. Proof of Claim number 20015 in the sum of $683,333.33 filed by Empire.

6. Proof of Claim number 200 in the sum of $4,483,333.33 filed by Empire.

7. Proof of Claim number 20016 in the sum of $192,000 filed by McMullin.

8. Administrative Expense Priority Claim in the sum of $199,623.00 filed by Walker and Clarity on September 26, 2017 [Docket No. 946].

9. Administrative Expense Priority Claim in the sum of $199,623.00 filed by Richards on August 17, 2017 [Docket No. 890].

DATED: July 22, 2019        AFFELD GRIVAKES LLP

By:   */s/Christopher Grivakes*
       Christopher Grivakes

*Counsel for Counsel for David J. Richards, Clinton W. Walker and David D. McMullin, Clarity Copper, LLC and Skye Mineral Investors, LLC, Admitted Pro Hac Vice*

And

M. Darin Hammond – Bar No. 6741
SMITH KNOWLES, P.C.
2225 Washington Blvd., Suite 200
Ogden, UT 84401
Telephone: (801) 476-0303
Facsimile: (801) 476-0399

**CERTIFICATE OF SERVICE**
**BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on the 23rd day of July, 2019, I electronically filed the foregoing, **NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS AND ADMINISTRATIVE EXPENSE PRIORITY CLAIMS BY DAVID J. RICHARDS, CLINTON W. WALKER, DAVID D. MCMULLIN, CLARITY MANAGEMENT L.P. AND EMPIRE ADVISORS, LLC,** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- Adam S. Affleck    adam-affleck@rbmn.com, andalin-bachman@rbmn.com
- Steven F. Alder    stevealder@agutah.gov
- James W. Anderson    jwa@clydesnow.com, mmann@clydesnow.com;atrujillo@clydesnow.com
- Troy J. Aramburu    taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- J. Thomas Beckett    tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Stephen T. Bobo    sbobo@reedsmith.com
- Kyle A. Brannon    kbrannon@nexsenpruet.com
- Scott S Bridge    sbridge@keslerrust.com
- Martin J. Brill    mjb@lnbyb.com
- Mona Lyman Burton    intaketeam@hollandhart.com;slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- Keith A. Call    kcall@scmlaw.com, hae@scmlaw.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Patricia W. Christensen    pchristensen@parrbrown.com
- Christopher B. Chuff    chuffc@pepperlaw.com
- Joanna J. Cline    clinej@pepperlaw.com
- Joseph M.R. Covey    calendar@parrbrown.com;nmckean@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- Robert T. Denny    rtd@scmlaw.com, ajm@scmlaw.com
- Andres' Diaz    courtmail@adexpresslaw.com
- Timothy D. Ducar    tducar@azlawyers.com, orders@azlawyers.com
- Victoria B. Finlinson    vbf@clydesnow.com, kpeck@clydesnow.com
- Gale K. Francis    gfrancis@agutah.gov

- Philip A. Gasteier    pag@lnbyb.com
- Matthew A. Gold    courts@argopartners.net
- Christopher Grivakes    cg@agzlaw.com
- Robert W. Hamilton    rwhamilton@jonesday.com
- M. Darin Hammond    dhammond@smithknowles.com, astevenson@smithknowles.com
- Timothy O. Hemming    themming@djplaw.com
- George B. Hofmann    ghofmann@ck.law, dhaney@ck.law;mparks@ck.law
- Paul C. Huck    paulhuck@jonesday.com, ramoncastillo@jonesday.com
- David W. Hunter    davidh@fisherhunterlaw.com
- Pedro A. Jimenez    emartin@jonesday.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Peter J. Kuhn tr    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov
- Brian R. Langford    brian@mhmlawoffices.com, brian@mhmlawoffice.com;langfordbr85579@notify.bestcase.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- David E. Leta    dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- Andrew C. Lillie    andrew.lillie@hoganlovells.com
- Jessica Black Livingston    jessica.livingston@hoganlovells.com
- Ralph R. Mabey    rmabey@kmclaw.com
- Adelaide Maudsley    adelaide.maudsley@pi.bank, torri.slaughter@pi.bank
- Scott O. Mercer    som@keslerrust.com
- Krikor J. Meshefejian    kjm@lnbyb.com
- Matt Munson    matt@mamunsonlaw.com, chris@mamunsonlaw.com
- Sherilyn A. Olsen    solsen@hollandhart.com, intaketeam@hollandhart.com;cfries@hollandhart.com
- Ellen E. Ostrow    ellen.ostrow@stoel.com, Stephanie.hore@stoel.com;docketclerk@stoel.com
- A.M. Cristina Perez Soto    cperezsoto@jonesday.com, ramoncastillo@jonesday.com
- Lester A. Perry    lap@hooleking.com, apb@hooleking.com
- Thomas W. Peters    twp@psplawyers.com, hj@psplawyers.com
- David L. Pinkston    bankruptcy_dlp@scmlaw.com
- George W. Pratt    gpratt@joneswaldo.com
- Adam H. Reiser    adam@ahrlaw.org
- Walter A Romney    war@clydesnow.com, mmann@clydesnow.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- John H. Schanne    schannej@pepperlaw.com, henrys@pepperlaw.com;molitorm@pepperlaw.com
- Chris L. Schmutz    chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com;r60588@notify.bestcase.com
- Jeremy C. Sink    jsink@mbt-law.com

- Stephen Styler     steve@stylerdaniels.com
- Richard C. Terry     richard@tjblawyers.com, cbcecf@yahoo.com
- Jeff D. Tuttle     jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- Jessica P Wilde     jwilde@joneswaldo.com
- Mark W Williams     mwilliams@shermanhoward.com, efiling@sah.com;bmcalister@shermanhoward.com
- Kim R. Wilson     bankruptcy_krw@scmlaw.com
- Lee E. Woodard     lwoodard@harrisbeach.com
- Beth Ann R. Young     bry@Lnbyb.com

**CERTIFICATE OF SERVICE
BY MAIL, OTHER**

I hereby certify that on the 23rd day of July, 2019, I caused to be served a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS AND ADMINISTRATIVE EXPENSE PRIORITY CLAIMS BY DAVID J. RICHARDS, CLINTON W. WALKER, DAVID D. MCMULLIN, CLARITY MANAGEMENT L.P. AND EMPIRE ADVISORS, LLC**, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid, addressed to:

Marc C. Ayala
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

John P. Bogdanich
1233 Oak Drive
Kilgore, TX 75662

Laurence Bogdanich
595 North Wall Street
Salt Lake City, UT 84103

Paul Bogdanich
Post Office Box 9305
Portland, OR 97207

Matthew C. Corcoran
Jones Day
325 John H. McConnell Boulevard
Columbus, OH 43215

Amanda Ann Parra Criste
Jones Day
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL 33131

Jason C. Cyrulnik
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Donald J. Detweiler
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Edward C. Dolan
Hogan Lovells US LLLP
555 Thirteenth Street, NW
Washington, DC 20004

Epiq Bankruptcy Solutions, LLC
777 Third Ave, 12th Floor
New York, NY 10017

FTI Consulting, Inc.
1001 17th St. #1100
Attn: David Beckman
Denver, CO 80202

Francis J. Lawall
Pepper Hamilton
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Edward J. Normand
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Isel Maria Perez
Jones Day
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL 33131

Gina Bogdanich Reese
PO Box 571
Buda, TX 78610

Damion Robinson
2049 Century Park East
Suite 2460
Los Angeles, CA 90067

Jason V. Stitt
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202

Utah Copper, LLC
c/o Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
P O Box 4050
Salt Lake City, UT 84110-4050

Wellington Financial Partners
c/o David J. Richards
Empire Advisors, LLC
500 South Front Street #1200
Columbus, OH 43215

/s/ M. Darin Hammond
M. Darin Hammond
*Attorney for David J. Richards, Clinton W. Walker, David D. McMullin, Clarity Copper, LLC, and Skye Mineral Investors, LLC*